# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In Re:

**MIRABILIS VENTURES, INC.,**

        **Debtor.**

_____

**MIRABILIS VENTURES, INC.,**

        **Plaintiff,**

-vs-                                                                **Case No.  6:09-cv-00271-JA**

**RACHLIN COHEN & HOLTZ, LLP and
LAURIE S. HOLTZ, JOSE I. MARRERO,**

        **Defendants.**

_____

## ORDER

It is hereby **ORDERED** that this case be transferred to the Honorable Gregory A. Presnell, with his consent, to be considered with Case No. 6:09-cv-175-GAP.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 19th day of February, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party