**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: MIRABILIS VENTURES, INC.
Bankruptcy Case No. 6:08-BK-4327-KSJ
Adversary Case No. 6:08-ap-00228-KSJ
_____

**MIRABILIS VENTURES, INC.,**

                  **Plaintiff,**

-vs-                                Case No. 6:09-cv-176-Orl-31GJK

**JAMES MOORE & COMPANY, P.L., E. JAMES HUTTO,**

                  **Defendants.**
_____

IN RE: MIRABILIS VENTURES, INC.,
Bankruptcy Case No. 6:08-BK-4327
_____

**MIRABILIS VENTURES, INC.,**

                  **Plaintiff,**

-vs-                                Case No. 6:09-cv-271-Orl-31KRS

**RACHLIN COHEN & HOLTZ, LLP; LAURA S. HOLTZ; and JOSE I. MARRERO,**

                  **Defendants.**
_____

## ORDER

Upon review of Case Number 6:09-Cv-175-Orl-31DAB it is

**ORDERED** that the Clerk is directed to reassign the related cases 6:09-Cv-176-Orl-31GJK and 6:09-Cv-271-Orl-31KRS from Magistrate Judge Kelly and Magistrate Judge Spaulding to Magistrate Judge David A. Baker.

.    **DONE** and **ORDERED** at Orlando, Florida, on October 21, 2009.

Copies to:

Counsel of Record

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE