## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE: MIRABILIS VENTURES, INC.,
Bankruptcy Case No. 6:08-bk-4327-KSJ
Adversary Case No. 6:08-ap-223-KSJ
_____/

**MIRABILIS VENTURES, INC.,**

              **Plaintiff,**

Case No.: 6:09-cv-00271-Orl 31-DAB

vs.

**MARCUM RACHLIN, a division of
MARCUM LLP fka RACHLIN, LLP fka
RACHLIN COHEN & HOLTZ, LLP,**
a foreign limited liability partnership;
**LAURIE S. HOLTZ,** an individual,
and **JOSE I. MARRERO,** an individual,

              **Defendants.**
_____/

### UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

**MIRABILIS VENTURES, INC.** (the "Plaintiff"), by and through its undersigned counsel, hereby moves, pursuant to Local Rule 2.03 of the Local Rules for the United States District Court for the Middle District of Florida, for an order substituting Roy S. Kobert and Todd K. Norman of the law firm Broad and Cassel ("Broad and Cassel") and Robert C. Widman of the law firm Morris & Widman, P.A. ("Morris & Widman") as its counsel in the above-referenced District Court proceeding, and, in support thereof, states as follows:

    1.    The Plaintiff desires to substitute Broad and Cassel and Morris & Widman for Latham, Shuker, Eden & Beaudine, LLP, as counsel of record for Plaintiff in this District Court proceeding.

2. Latham, Shuker, Eden & Beaudine, LLP, shall be relieved of any further responsibility for representation of the Plaintiff in this District Court proceeding.

3. All papers to be served upon counsel for the Plaintiff in this District Court proceeding shall be directed and transmitted to substituted counsel as follows:

| | |
|---|---|
| Roy S. Kobert | Robert Widman |
| rkobert@broadandcassel.com | Widmor48@mwk-law.com |
| Todd K. Norman | Morris & Widman, P.A. |
| tnorman@broadandcassel.com | 245 N. Tamiami Trail, Suite E |
| Broad and Cassel | Venice, FL  34285 |
| 390 North Orange Avenue, Suite 1400 | 941-484-0646 (Tel) |
| Orlando, FL  32801 | 941-496-8870 (Fax) |
| 407-839-4200 (Tel) | |
| 407-425-8377 (Fax) | |

4. The Plaintiff has conferred with counsel for Rachlin Cohen & Holtz, LLP, nka Rachlin, LLP, Laurie S. Holtz, and Jose I. Marrero, and opposing counsel has no objection to the requested relief.

**WHEREFORE,** the Plaintiff respectfully requests the entry of an order authorizing the Plaintiff to substitute Roy S. Kobert and Todd K. Norman of the law firm Broad and Cassel and Robert C. Widman of the law firm Morris & Widman, P.A., as its counsel in this District Court proceeding and for such other and further relief as is just and proper.

**RESPECTFULLY SUBMITTED** this 30th day of October 2009.

/s/ R. Scott Shuker
R. Scott Shuker
rshuker@lseblaw.com
Florida Bar No. 984469
Latham, Shuker, Eden & Beaudine, LLP
390 North Orange Avenue, Suite 600
Orlando, FL  32801
407-481-5800 (Tel)
407-481-5801 (Fax)

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**IN RE: MIRABILIS VENTURES, INC.,**
**Bankruptcy Case No. 6:08-bk-4327-KSJ**
**Adversary Case No. 6:08-ap-223-KSJ**
_____/

**MIRABILIS VENTURES, INC.,**

                   **Plaintiff,**

Case No.: 6:09-cv-00271-Orl 31-DAB

vs.

**MARCUM RACHLIN, a division of
MARCUM LLP fka RACHLIN, LLP fka
RACHLIN COHEN & HOLTZ, LLP,**
a foreign limited liability partnership;
**LAURIE S. HOLTZ,** an individual,
and **JOSE I. MARRERO,** an individual,

                   **Defendants.**
_____/

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a true copy of **UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL** has been furnished either electronically, and/or by U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Roy S. Kobert, Esq./Todd K. Norman, Esq., Broad and Cassel, 390 N Orange Avenue, Suite 1400, Orlando, FL 32801; Robert C. Widman, Esq., Morris & Widman, P.A., 245 N. Tamiami Trail, Suite E, Venice, FL 34285; Bradley M. Saxton, Esq., Winderweedle Haines, et al., PO Box 1391, Orlando, FL 32802-1391; D. David Keller, Esq., Bunnell Woulfe & Keller, PA, 100 Southeast Third Ave, Suite 900, Fort Lauderdale, FL 33394., this 30th day of October 2009.

                                          /s/ R. Scott Shuker
                                          R. Scott Shuker, Esq.