# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: MIRABILIS VENTURES, INC.,
Bankruptcy Case No. 6:08-BK-4327

---

**MIRABILIS VENTURES, INC.,**

        **Plaintiff,**

-vs-                                              Case No. 6:09-cv-271-Orl-31DAB

**RACHLIN COHEN & HOLTZ, LLP;
LAURA S. HOLTZ; and JOSE I.
MARRERO,**

        **Defendants.**

---

## ORDER

If there are any motions in this case that were not resolved by the Bankruptcy Court, they must be re-filed in this Court (and docketed separately from the other documents that have been transferred from the Bankruptcy Court) on or before December 4, 2009.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 19, 2009.

                                                        GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party