UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,
Bankruptcy Case No. 6:08-BK-04327-KSJ
_____/

MIRABILIS VENTURES, INC.,

        Plaintiff,

v.

Case. No.: 6:09-cv-271-Orl-31DAB

RACHLIN COHEN & HOLTZ, LLP, a
Florida limited liability partnership nka
RACHLIN, LLP; LAURIE S. HOLTZ, an
individual; and JOSE I. MARRERO, an
individual,

        Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Jessica R. Frank, Tew Cardenas LLP, Four Seasons Tower, 15th Floor, 1441 Brickell Ave., Miami, FL 33131, as an attorney of record for Defendants Rachlin Cohen & Holtz, LLP, n/k/a Rachlin, LLP, Laurie S. Holtz, and Jose I. Marrero, in the above-referenced matter. Please forward copies of all subsequent pleadings, correspondence, etc., to undersigned counsel.

        **TEW CARDENAS LLP**
        *Attorneys for Defendants*
        Four Seasons Tower, 15th Floor
        1441 Brickell Avenue
        Miami, Florida 33131
        Telephone: 305.536.1112
        Facsimile: 305.536.1116

        By   s/Jessica R. Frank
              JESSICA R. FRANK
              Florida Bar No. 055939
              jfrank@tewlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Robert C. Widman, Esq., Morris & Widman, P.A. 245 N. Tamiami Trail, Suite E, Venice, FL 34285 and to Todd K. Norman, Esq. and Roy S. Kobert, Esq., Broad and Cassel, 390 N. Orange Ave., Suite 1400, Orlando, FL 32801 this 8th day of January, 2010.

By     s/Jessica R. Frank
           Counsel

537308.1

Tew Cardenas LLP
Four Seasons Tower, 15th Floor, 1441 Brickell Avenue, Miami, Florida 33131-3407 • 305-536-1112