UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: MIRABILIS VENTURES, INC.
Bankruptcy Case No.: 6:08-Bk-4327
_____

MIRABILIS VENTURES, INC.,

           Plaintiff,

-vs-                                          Case No.: 6:09-cv-271-Orl-31DAB

RACHLIN COHEN & HOLTZ, LLP,
LAURIE S. HOLTZ, and JOSE I.
MARRERO,

           Defendants.
_____

### PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' "SECOND NOTICE OF SUPPLEMENTAL RECORD EVIDENCE" AND MEMORANDUM OF LEGAL AUTHORITY

    Plaintiff moves to strike Defendants' "Second Notice of Supplemental Evidence" and as grounds states said document is in violation of Local Rule 3.01(c).

### MEMORANDUM OF LEGAL AUTHORITY

    See Local Rule 3.01(c).

Dated: __02/10/10__                                 _/s/ Robert C. Widman_____
                                                                Robert C. Widman
                                                                Florida Bar No.: 0170014
                                                                Counsel for Plaintiff
                                                                MORRIS & WIDMAN, P.A.
                                                                245 N. Tamiami Trail, Ste. E
                                                                Venice, FL  34285
                                                                Telephone: (941) 484-0646
                                                                Facsimile: (941) 496-8870
                                                                E-mail address: widmor48@mwk-law.com

and


Todd K. Norman  
Florida Bar No.: 62154  
E-mail address: tnorman@broadandcassel.com  
Roy S. Kobert  
Florida Bar No.: 777153  
E-mail address: rkobert@broadandcassel.com  
Co-Counsel for Plaintiff  
BROAD AND CASSEL  
390 North Orange Avenue  
Suite 1400  
Orlando, Florida 32801  
P.O. Box 4961  
Orlando, Florida 32802  
Telephone: (407) 839-4200  
Facsimile: (407) 650-0927  

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of February, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF filing system.

s/ Robert C. Widman  
Robert C. Widman  
Florida Bar No.: 0170014  
Attorneys for Plaintiffs  
MORRIS & WIDMAN, P.A.  
245 N. Tamiami Trail, Ste. E  
Venice, FL  34285  
Telephone: (941) 484-0646  
Facsimile: (941) 496-8870  
E-mail address: widmor48@mwk-law.com