UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case. No.: 6:09-cv-271-Orl-31DAB

In re:

MIRABILIS VENTURES, INC.,
Bankruptcy Case No. 6:08-BK-04327-KSJ
_____/

MIRABILIS VENTURES, INC.,

       Plaintiff,

v.

RACHLIN COHEN & HOLTZ, LLP, a
Florida limited liability partnership nka
RACHLIN, LLP; LAURIE S. HOLTZ, an
individual; and JOSE I. MARRERO, an
individual,

       Defendants.
_____/

## NOTICE OF AGREEMENT TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

PLEASE TAKE NOTICE that Plaintiff, Mirabilis Ventures, Inc. and Defendants Rachlin Cohen & Holtz, Laurie S. Holtz and Jose I. Marrero have agreed to Plaintiff's Motion to Amend Complaint ("Motion to Amend") [D.E. 47], subject to the modification agreed to by Plaintiff and Defendants.

Plaintiff submitted, with its Motion to Amend, a proposed Second Amended Complaint which contained three counts. Count I set forth a claim for Professional Negligence, Count II set forth a claim for Breach of Fiduciary Duty, and Count III set forth a claim for Negligent Supervision. In response to Plaintiff's Motion to Amend, Defendants objected to the allegations in Paragraphs 58 and 65 of the proposed Second Amended Complaint because those allegations

set forth a different theory of liability as an aiding and abetting breach of fiduciary duty claim. Defendants conferred with Plaintiff and expressed their view that the aiding and abetting a breach of fiduciary duty claim should be removed from Counts I and II and set forth in a separate count in accordance with Fed.R.Civ.P. 10(b). Without agreeing with the merits of Defendants' request, Plaintiff has agreed to re-file the Second Amended Complaint, in which the aiding and abetting breach of fiduciary duty allegations shall be removed from Counts I and II and shall be stated in a new, separate Count III. The Negligent Supervision claim will be set forth in a renumbered Count IV.

The parties, therefore, request this Court to enter an Order granting Plaintiff's Motion to Amend subject to this modification and provide Plaintiff with a period of twenty (20) days from the date of the Order in which to file the Second Amended Complaint with these modifications. Attached as Exhibit "A" is a proposed Order Granting Plaintiff's Motion to Amend that sets forth this modification.

Respectfully Submitted,

**MORRIS & WIDMAN, P.A.**
*Attorneys for Plaintiff*
245 N. Tamiami Trail, Suite E
Venice, FL 3428
Phone: (941) 484-0646
Fax: (941) 496-8870
E-Mail: Widmor48@mwk-law.com

/s/Robert C. Widman
Robert C. Widman, Esq.
Florida Bar No. 170014

**TEW CARDENAS LLP**
*Attorneys for the Defendants*
1441 Brickell Avenue
Four Seasons Tower, 15th Floor
Miami, FL 33131
Phone: (305) 536-1112
Fax: (305) 536-1116
E-Mail: JAD@tewlaw.com

/s/Joseph A. DeMaria, Esq.
C. Thomas Tew, P.A.
Florida Bar No. 098160
Joseph A. DeMaria, Esq.
Fla. Bar No. 764711
Jessica Frank, Esq.
Fla. Bar No. 0055839

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of March, 2010, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Todd K. Norman (tkn@stumplaw.com) and Roy Scott Kobert (orlandobankruptcy@broadandcassel.com), Broad and Cassel, 390 N. Orange Avenue, Suite 1400, Orlando, Florida 32801.

/s/   Joseph A. DeMaria
JOSEPH A. DEMARIA, ESQ.

540195.1

TEW CARDENAS LLP
Four Seasons Tower, 15th Floor, 1441 Brickell Avenue, Miami, Florida 33131-3407 • 305-536-1112