# EXHIBIT "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case. No.: 6:09-cv-271-Orl-31DAB

In re:

MIRABILIS VENTURES, INC.,
Bankruptcy Case No. 6:08-BK-04327-KSJ
_____/

MIRABILIS VENTURES, INC.,

      Plaintiff,

v.

RACHLIN COHEN & HOLTZ, LLP, a
Florida limited liability partnership nka
RACHLIN, LLP; LAURIE S. HOLTZ, an
individual; and JOSE I. MARRERO, an
individual,

      Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT

THIS MATTER came before the Court on Plaintiff's Motion to Amend Complaint with Incorporated Memorandum of Law [D.E. 47] ("Motion to Amend"). The parties filed a Notice of Agreement to Plaintiff's Motion to Amend Complaint, subject to a modification of the proposed Second Amended Complaint. The Court has considered the Motion to Amend and the parties Notice of Agreement, and having otherwise being duly advised in the premises, does hereby

    ORDER AND ADJUDGE that:

    1. Plaintiff's Motion is GRANTED.

2. Pursuant to the agreement between Plaintiff and Defendants, the Second Amended Complaint to be filed by Plaintiff shall remove the allegations in Paragraphs 58 and 65 of the proposed Second Amended Complaint (which is attached as Exhibit 1 to the Motion to Amend) from Counts I and II and shall set forth the aiding and abetting breach of fiduciary duty claim in a separate count. Accordingly, the Second Amended Complaint shall have four counts: (1) Professional Negligence; (2) Breach of Fiduciary Duty; (3) Aiding and Abetting Breach of a Fiduciary Duty; and (4) Negligent Supervision.

3. Plaintiff shall file the Second Amended Complaint in accordance with the terms of this Order within twenty (20) days from the date of this Order.

DONE AND ORDERED in Chambers in Orlando, Florida, this____ day of March, 2010.

                                        GREGORY A. PRESNELL
                                        UNITED STATES DISTRICT JUDGE

Conformed copies to:
Counsel of Record

540191_1