UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,
Bankruptcy Case No. 6:08-BK-04327-KSJ
_____/

MIRABILIS VENTURES, INC.,

       Plaintiff,                                  Case. No.: 6:09-cv-271-Orl-31DAB

v.

RACHLIN COHEN & HOLTZ, LLP, a
Florida limited liability partnership nka
RACHLIN, LLP; LAURIE S. HOLTZ, an
individual; and JOSE I. MARRERO, an
individual,

       Defendants.
_____/

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**OF DEFENDANT JOSE I. MARRERO**

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff, Mirabilis Ventures, Inc. ("MVI"), hereby dismisses without prejudice Defendant Jose I. Marrero (Mr. Marrero") from this action. MVI and Mr. Marrero shall bear their own attorney's fees and costs.

| **Morris & Widman, P.A** | **Tew Cardenas LLP** |
|---|---|
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| *Mirabilis Ventures, Inc.* | *Rachlin Cohen Holtz LLP, Holtz & Marrero* |
| 245 N. Tamiami Trail, Suite E | 1441 Brickell Avenue, 15th Floor |
| Venice, Florida 34285 | Miami, Florida 33131 |
| Telephone: 941.484.0646 | Telephone: 305.536.1112 |
| Facsimile: 941.496.8870 | Facsimile: 305.536.1116 |
| | |
| By: _/s/ Robert C. Widman_____ | By: _/s/ Joseph A. DeMaria_____ |
|     Robert C. Widman |     Joseph. A. DeMaria |
|     Fla. Bar No. 0170014 |     Fla. Bar No. 764711 |
|     widmor48@mwk-law.com |     jad@tewlaw.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of August, 2010, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Todd K. Norman (tkn@stumplaw.com) and Roy Scott Kobert (orlandobankruptcy@broadandcassel.com), Broad and Cassel, 390 N. Orange Avenue, Suite 1400, Orlando, Florida 32801, and Joseph A. DeMaria, Esq. (jad@tewlaw.com), Tew Cardenas LLP, 1441 Brickell Avenue, 15th Floor, Miami, Florida 33131.

s/ Robert C. Widman<br>
Robert C. Widman<br>
Florida Bar No.: 0170014<br>
Attorneys for Plaintiffs<br>
MORRIS & WIDMAN, P.A.<br>
245 N. Tamiami Trail, Ste. E<br>
Venice, FL  34285<br>
Telephone: (941) 484-0646<br>
Facsimile: (941) 496-8870<br>
E-mail address: widmor48@mwk-law.com

544503.1