UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: MIRABILIS VENTURES, INC.
Bankruptcy Case No.: 6:08-Bk-4327

_____

MIRABILIS VENTURES, INC.,

                Plaintiff,

-vs-                                              Case No.: 6:09-cv-271-Orl-31DAB

RACHLIN COHEN & HOLTZ, LLP,
LAURIE S. HOLTZ, and JOSE I.
MARRERO,

                Defendants.

_____

## UNOPPOSED MOTION OF ROBERT C. WIDMAN AND MORRIS & WIDMAN, P.A. FOR LEAVE TO WITHDRAW AS CO-COUNSEL FOR PLAINTIFF

      Robert C. Widman and Morris & Widman, P.A. move the Court for leave to withdraw as co-counsel for Plaintiff in this cause and as grounds state as follows:

1.     Robert C. Widman and Morris & Widman, P.A. are presently serving as co-counsel with the Orlando firm Broad & Cassel in representing Plaintiff in this action under an engagement letter that provides, inter alia, as follows:

> We may withdraw as counsel and terminate this Agreement by notifying you in writing. Reasons for such termination may include but are not limited to, failure to pay costs or expenses (required) under the Agreement…and reasons mandated by the Code of Professional Responsibility as approved by the Supreme Court of Florida…

2.     Plaintiff has failed to pay Movants' fees and expenses required by the Agreement.

3.     Plaintiff and Movants have reached a fundamental disagreement that requires withdrawal pursuant to Rule of Professional Conduct 4-1.16(b)(2).

4.     Both Plaintiff and Defendants' counsel have indicated they do not oppose this Motion.

5.      Withdrawal by Movants will not adversely affect the orderly progress of this case since Plaintiff will still be represented by Broad & Cassel.

WHEREFORE Movants request that the Court grant the Motion and thereby effect Movants' withdrawal as Plaintiff's counsel immediately.

Dated:  11/02/10                            /s/ Robert C. Widman
                                            Robert C. Widman
                                            Florida Bar No.: 0170014
                                            Counsel for Plaintiff
                                            MORRIS & WIDMAN, P.A.
                                            245 N. Tamiami Trail, Ste. E
                                            Venice, FL  34285
                                            Telephone: (941) 484-0646
                                            Facsimile: (941) 496-8870
                                            E-mail address: widmor48@mwk-law.com

and

                                            Todd K. Norman
                                            Florida Bar No.: 62154
                                            E-mail address: tnorman@broadandcassel.com
                                            Roy S. Kobert
                                            Florida Bar No.: 777153
                                            E-mail address: rkobert@broadandcassel.com
                                            Co-Counsel for Plaintiff
                                            BROAD AND CASSEL
                                            390 North Orange Avenue
                                            Suite 1400
                                            Orlando, Florida 32801
                                            P.O. Box 4961
                                            Orlando, Florida 32802
                                            Telephone: (407) 839-4200
                                            Facsimile: (407) 650-0927

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of November, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF filing system.

                                         s/ Robert C. Widman
                                         Robert C. Widman
                                         Florida Bar No.: 0170014
                                         Attorneys for Plaintiffs
                                         MORRIS & WIDMAN, P.A.
                                         245 N. Tamiami Trail, Ste. E
                                         Venice, FL  34285
                                         Telephone: (941) 484-0646
                                         Facsimile: (941) 496-8870
                                         E-mail address: widmor48@mwk-law.com