# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: MIRABILIS VENTURES, INC.,
Bankruptcy Case No. 6:08-BK-4327

MIRABILIS VENTURES, INC.,

            **Plaintiff,**

-vs-                                              Case No. 6:09-cv-271-Orl-31DAB

RACHLIN COHEN & HOLTZ, LLP and
LAURA S. HOLTZ,

            **Defendants.**

## ORDER

This case is before the Court on Defendants' Motion for Summary Judgment on Liability and Damages (Doc. No. 63). The Plaintiff will be allowed until **December 6, 2010**, to file its responsive memorandum and any materials in opposition to the motion, including affidavits or other documents within the purview of Rule 56, showing that there are genuine issues of material fact in dispute; otherwise the Court may enter Summary Judgment, if appropriate, against the adverse party. *Milburn v. United States*, 734 F.2d 762, 765 (11th Cir. 1984); *see Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985)(per curiam); Fed. R. Civ. P. 56(e). Defendants

may file a reply brief, not exceeding ten (10) pages, within 14 days after the response is served.

**The parties are directed to provide chambers with a courtesy paper copy of any exhibits electronically filed in support of their papers.**[1]

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 2, 2010.

Copies furnished to:

Counsel of Record

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

[1] The Court prefers any depositions to be provided in 4 page miniscript.