UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:09-cv-271-Orl-31DAB

Re: MIRABILIS VENTURES, INC.,
BANKRUPTCY CASE NO. 6:08-BK-04327-KSJ
_____/

MIRABILIS VENTURES, INC.,

          Plaintiffs,
vs.

RACHLIN COHEN HOLTZ, LLP limited liability
Partnership n/k/a RACHLIN, LLP; LAURIE
S. HOLTZ, an individual,

          Defendants.
_____/

## REPORT OF MEDIATION

In accordance with this Courts order dated November 9, 2010 a mediation conference was convened on November 30, 2010 at the offices of Broad and Cassel- counsel for the plaintiff.

1. **Those physically present at mediation**: R.W. Cuthill- President of Mirabilis Ventures Inc.; Todd Norman and Ray Cobert - counsel for Plaintiff; Laurie Holtz individually and as representative for Defendant Rachlin Cohen Holtz LLP; Joseph DeMaria as counsel for Defendants; Gregory P. Miles as mediator.

2. **Those available telephonically**: The managing partner of Rachlin Cohen Holtz LLP and a claims representative of Interstate Fire & casualty Company – apparent E.+O. carrier for Rachlin et al.

3. <u>Outcome of Mediation:</u> The mediation did not occur. Counsel for Plaintiff objected to the failure of the Interstate Fire & Casualty Company Representative to personally attend they felt the same was a violation of Rule 9.05 and the parties were unable to proceed.

DATED this 3rd day of December, 2010.

Respectfully submitted,

_____
Gregory P. Miles, Mediator
Florida Bar # 328898
200 E. Robinson Street, Suite 700
Orlando, Florida 32801
407 649-9495

Original sent by U.S. Mail and delivered to: Clerk of the Court, 401 W. Central Blvd. Ste 1200, Orlando, Florida 32801

Copies sent by U.S. Mail to: Todd Norman, Esquire, Broad & Cassel, 390 N. Orange Ave., Ste 1400, Orlando, Florida 32801

Joseph DeMaria, Esquire, 1441 Brickell Ave, Ste 1500, Miami, Florida 33131