# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:

**MIRABILIS VENTURES, INC.,**
**Bankruptcy Case No. 6:08-bk-04327-KSJ**
**Adversary Proceeding No. 6:08-ap-223-KSJ**

    **Debtor.**

_____/

**MIRABILIS VENTURES, INC.,**

    **Plaintiff,**

**v.**                                                                 **CASE NO.:   6:09-cv-271-Orl-31DAB**

**RACHLIN COHEN HOLTZ, LLP,**
**a Florida limited liability partnership n/k/a**
**RACHLIN, LLP; and LAURIE S. HOLTZ,**
**an individual,**

    **Defendants.**

_____/

## NOTICE OF FILING EXHIBITS

    **PLEASE TAKE NOTICE** that Plaintiff Mirabilis Ventures, Inc. ("**Mirabilis**") files the attached exhibits in support of *Plaintiff's Response to Defendants' Motion for Summary Judgment on Liability and Damages*:

    Exhibit 1:    Affidavit of R.W. Cuthill ("*Cuthill Affidavit*")

    Exhibit 2:    Mirabilis Articles of Incorporation

    Exhibit 3:    Mirabilis Ventures, Inc. and Subsidiaries Consolidated Financial Statements and Independent Auditors' Report for the Years Ended December 31, 2005 and 2004 ("*2005 Auditors' Report*")

4844-6152-0648.1
43582/0004

Exhibit 4:       Shareholders' Agreement

Exhibit 5:       Minutes of the January 3, 2005 Meeting of Board of Directors of Mirabilis Ventures, Inc. ("*1/3/05 Board Meeting*")

Exhibit 6:       Minutes of Mirabilis Ventures, Inc. Special Joint Meeting of the Board of Directors and Shareholders (July 6, 2005) ("*7/6/05 Board Meeting*")

Exhibit 7:       Minutes of the Annual Meeting of Board of Directors of Mirabilis Ventures, Inc., dated January 25, 2006 ("*1/25/06 Board Meeting*")

Exhibit 8:       Minutes of the March 23, 2006 Meeting of Board of Directors of Mirabilis Ventures, Inc. ("*03/23/06 Board Meeting*")

Exhibit 9:       Minutes of the May 19, 2006 Meeting of Board of Directors of Mirabilis Ventures, Inc. ("*05/19/06 Board Meeting*")

Exhibit 10:      September 27, 2010 Deposition of Martin C. Flynn Jr. ("*Flynn Depo.*")

Exhibit 11:      October 5, 2010 Deposition of Yaniv Amar ("*10/05/10 Amar Depo.*")

Exhibit 12:      October 14, 2010 Deposition of Yaniv Amar ("*10/14/10 Amar Depo.*")

Exhibit 13:      February 23, 2010 Deposition of Laurie Holtz ("*Holtz Depo.*")

Exhibit 14:      May 14, 2009 Transcript of Hearing on Sentencing of Frank Amodeo (D.E. #146 in Case No. 6:08-cr-176-Orl-28GJK) ("*05/14/09 Sentencing Hearing*")

Exhibit 15:      April 21, 2010 Deposition of R.W. Cuthill ("*Cuthill Depo.*")

Exhibit 16:      Marcum Rachlin Website Profile of Laurie Holtz (Exhibit 2 to Holtz Depo.)

Exhibit 17:      Individual Compensation Breakdown (Ex. 55 to *10/14/10 Amar Depo.*; Ex. 6 to *Holtz Depo.*)

Exhibit 18:      Amended Plea Agreement (D.E. #38 in Case No. 6:08-cr-176-Orl-28GJK)

Exhibit 19:      State of Florida Department of Business and Professional Regulation Quarterly Report Form (Quarter Ending March 31, 2006) (Ex. 59 to *10/14/10 Amar Depo.*)

Exhibit 20:      Intentionally Left Blank

Exhibit 21:      October 28, 2004 Written Action of the Directors of Mirabilis Ventures, Inc. ("*10/28/04 Written Action of Board*")

4844-6152-0648.1
43582/0004

Exhibit 22:     Minutes of the Annual Meeting of the Shareholders of Mirabilis Ventures, Inc., dated January 25, 2006 ("*2006 Shareholders' Meeting*")

Exhibit 23:     Bylaws of Mirabilis Ventures, Inc. ("*Bylaws*")

Exhibit 24:     United States' Notice of Statement of Facts Which the United States Contends It Would Prove at Trial (D.E. #146 in Case No. 6:08-cr-231-JA-KRS)

Exhibit 25:     Indictment of Frank Amodeo (D.E. #1 in Case No. 6:08-cr-176-28GJK)

Exhibit 26:     Order affirming Bankruptcy Court's denial of dismissal in Rachlin Cohen & Holtz, LLP v. Mirabilis Ventures, Inc. (In Re: Mirabilis Ventures, Inc.) (D.E. #30 in Case No. 6:09-cv-1658-Orl-31) ("*Order Affirming Denial of Dismissal*")

Exhibit 27:     Motion for Approval of Compromise of Controversy by and between Debtors and the United States of America (D.E. #101 in Case No. 6:08-bk-04327-KSJ) ("*Motion to Approve Settlement*")

Exhibit 28:     Order Approving Compromise of Controversy by and among Debtors and the United States of America (D.E. #145 in Case No. 6:08-bk-4327-KSJ)

Exhibit 29:     Plaintiff's Answers to Defendants' First Set of Interrogatories

Exhibit 30:     Order granting summary judgment for the defendants in *Mirabilis Ventures Inc. v. Palaxar Group, LLC* (D.E. #285 in Case No. 6:07-cv-1788-ORL-28KRS) ("*Palaxar Order*")

Exhibit 31:     Order vacating *Palaxar Order* (D.E. #339 in Case No. 6:07-cv-1788-Orl-28KRS)

Exhibit 32:     Transcript of June 16, 2010 Hearing on Change of Plea (Case No. 6:08-cr-231-Orl-28KRS)

**BROAD AND CASSEL**
Attorneys for Mirabilis Ventures, Inc.
390 North Orange Avenue, Suite 1400
Orlando, Florida  32801
Telephone:     (407) 839-4200
Facsimile:     (407) 425-8377

By:_____*/s/ Todd K. Norman*_____
          Todd K. Norman, Esquire
          Florida Bar No. 0062154
          tnorman@broadandcassel.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via regular U.S. Mail this 6th day of December, 2010 to: Joseph A. DeMaria, Esquire, Tew Cardenas, LLP, Four Seasons Tower, 1441 Brickell Avenue, Suite 1500, Miami, Florida 33131.

By: _____/s/ Todd K. Norman_____
Todd K. Norman, Esquire
Florida Bar No. 0062154
tnorman@broadandcassel.com

4844-6152-0648.1
43582/0004