# MINUTES OF THE ANNUAL MEETING
## OF BOARD OF DIRECTORS OF
### MIRABILIS VENTURES, INC.

Immediately following the annual meeting of Shareholders of Mirabilis Ventures, Inc., convened at 11:00 A.M. on January 3, 2005, the Directors of Mirabilis Ventures, Inc. met.

Present at the meeting were Jason Carlson, Robert Pollack, and Edie Curry, constituting all of the Directors of the Corporation. Robert Pollack presided as Chairman of the meeting and acted as Secretary.

The reports of the affairs of the Corporation were considered, and the Chairman reviewed the resolutions adopted by the Shareholders at the annual meeting of the Shareholders.

The Chairman called the meeting to order and stated that a quorum of the Board of Directors was present for the conduct of business.

The Secretary presented and read a Waiver of Notice to the meeting signed by all of the Directors of the Corporation, which was ordered to be made a part of the Minutes of this meeting.

The Board of Directors held an election for officers of the Corporation and, upon motion duly made, seconded and unanimously carried, it was:

> RESOLVED, that the persons hereinafter named be and are hereby elected to the following described offices to serve in such capacities until their successors are elected at the next annual meeting and qualified:

| | |
|---|---|
| President: | Jason Carlson |
| Vice President: | Robert Pollack, MD |
| Secretary/Treasurer: | Edie Curry |

Each of the officers so elected thereupon accepted the office to which he or she was elected as aforesaid.

There being no further business before the meeting, it was on motion duly made, seconded and unanimously carried, adjourned.

Respectfully submitted,

Robert Pollack, Secretary

Approved:

Robert Pollack, Chairman

Minutes of Annual Meeting of Board of Directors 1-3-05



EXHIBIT
A
tabbies

## MINUTES OF THE ANNUAL MEETING
## OF BOARD OF DIRECTORS OF
## MIRABILIS VENTURES, INC.

Immediately following the annual meeting of Shareholders of Mirabilis Ventures, Inc., convened at 11:00 A.M. on January 3, 2005, the Directors of Mirabilis Ventures, Inc. met.

Present at the meeting were Jason Carlson, Robert Pollack, and Edie Curry, constituting all of the Directors of the Corporation. Robert Pollack presided as Chairman of the meeting and acted as Secretary.

The reports of the affairs of the Corporation were considered, and the Chairman reviewed the resolutions adopted by the Shareholders at the annual meeting of the Shareholders.

The Chairman called the meeting to order and stated that a quorum of the Board of Directors was present for the conduct of business.

The Secretary presented and read a Waiver of Notice to the meeting signed by all of the Directors of the Corporation, which was ordered to be made a part of the Minutes of this meeting.

The Board of Directors held an election for officers of the Corporation and, upon motion duly made, seconded and unanimously carried, it was:

> RESOLVED, that the persons hereinafter named be and are hereby elected to the following described offices to serve in such capacities until their successors are elected at the next annual meeting and qualified:

> President:                  Jason Carlson
> Vice President:           Robert Pollack, MD
> Secretary/Treasurer:   Edie Curry

Each of the officers so elected thereupon accepted the office to which he or she was elected as aforesaid.

There being no further business before the meeting, it was on motion duly made, seconded and unanimously carried, adjourned.

Respectfully submitted,

Robert Pollack, Secretary

Approved:

Robert Pollack, Chairman

Minutes of Annual Meeting of Board of Directors 1-3-05



## MINUTES OF

## MIRABILIS VENTURES, INC.

## SPECIAL MEETING OF DIRECTORS AND SHAREHOLDERS

### February 10, 2005

A special meeting of the shareholders and directors of Mirabilis Ventures, Inc., a Nevada Corporation, was held at 20 N. Orange Avenue, Orlando, Florida 32801 on February 10, 2005, at 10:00 am. All of the shareholders were present, having waived notice of the meeting. Frank Amodeo acted as Chairman of the meeting.

Upon motion duly made and seconded, the following resolutions were unanimously adopted:

RESOLVED, the Company acknowledges, ratifies, and accepts assignment of the following assets from Trafalgar Capital Group, Inc. :

| 1) | ASSAY# | Product Code | Weight | Description | Location | Lot |
|----|--------|--------------|--------|-------------|----------|-----|
|    | 5935   | Container #14 | 15,900 lbs | Seal #660751 | B-4 | 65 |
|    | 5935   | Container #15 | 16,600 lbs | Seal #660752 | B-4 | 65 |

  \* See attached Exhibits A-G.

2)  350 share of Quantum Delta Enterprises, Incorporated, a Minnesota Corporation

3)  Analytic Data Systems, Incorporated- Intellectual Property

RESOLVED, that the Board of Directors is hereby authorized and directed to take all such actions as they shall deem necessary or advisable to carry out the foregoing resolution.

There being no further business, the meeting was adjourned at 10:20 am.

_____
Frank Amodeo, Chairman

## WAIVER AND CONSENT

The undersigned, being all the directors and shareholders of Mirabilis Ventures, Inc., hereby waive notice of the Special Meeting of the Directors and Shareholders held on February 10, 2005, and consent to all actions taken thereat.

_____
Frank Amodeo, Sole Shareholder and Director

WAREHOUSE RECEIVING

TOTAL NEW MEXICO WAREHOUSE
P.O. Box 23846
Tempe, AZ 85284

Customers: Glenn and Linda Thompson
520 Shadow Lane
Van Buren, AR 72956
479-474-5245
479-650-5389

Storage Receipt # 0-0014
Date Received  7-15-03

| # Pieces | Product Code | Weight | Description | Location | Comments |
|---|---|---|---|---|---|
| 1 | Container #14 | 15,900 lbs. | Seal # 660751 | B-4 | |
| 1 | Container #15 | 16,600 lbs | Seal # 660752 | B-4 | |

Operations Manager
"No one is allowed to access or move these containers except customers listed above.

Commission expire 10-17-06

# Farmers Cooperative Scales

## Weight Ticket No. 00229

### Date   7-15-2003

Time in:  1:27a.m.
Time out: 1:35 a.m.

Product:  Concentrate Precious Metal

Container #14                          Weight  15,900 lbs.

Container #15                          Weight  16,600 lbs.

Total weight in Tons                   Tons    16.25

Weigher _____

Notary Public: _____

my commission expires 10-17-06

**TOTAL NEW MEXICO WAREHOUSE**
P. O. Box 23846
Tempe AZ 85284

## CONTAINER REPORT

| Container# | Seal# | Assay# | Lot# | Weight/lbs |
|---|---|---|---|---|
| 14 | 660751 | 5935 | 65 | 15,900 lbs. |
| 15 | 660752 | 5935 | 65 | 16,600 lbs. |
| | | | Or | 16.25 Tons |

_Kevin L Smith_

**Operations Manager**

Notary Public _Gayle Smith_

_my Commission expires 10-17-06_

GAYLE SMITH
NOTARY
PUBLIC
IN AND FOR
STATE OF
OKLAHOMA
HASKELL

C

**TOTAL NEW MEXICO WAREHOUSE**
P. O. Box 23846
Tempe, AZ 85284

## SAFE KEEPING RECEIPT

Storage Date   7-15-03
Storage Receipt # 0-0014

The Following Precious Metal Concentrate is held in safekeeping
for Glenn and Linda Thompson.  The concentrate storage consists
of the following:

- Commodity:  Precious Metal Concentrate
- Number of Units:  2 containers  #14 and #15
- Total Weight:  32,500 lbs or 16.25 Tons
- Metal container 4'X 4' X 8' with welded lids and seals
- Seal #  660751  and  660752
- Lot #  65
- Assay # 5935
- Market Value $35,320,916.96 value in US Dollars in this inventory
- Verification will be provided upon written request to Glenn and
  Linda Thompson to any party designated in such writ.

_____
Operations Manager

Notary Public _____

my Commission expires
10-17-06

# Metallurgical Research and Assay Laboratory
22246 N. 19th Avenue
Phoenix, Az. 85027
623 587 7680

---

## ASSAY REPORT

Assay Number:            5936            Date:  5/16/03

Sample Identification:  Super Con. Lot 65 of Lot 225

Customer:  Red Sands Research and Development

| Element | Oz/Ton |
|---|---|
| Au-Gold | 5709.69 |
| Ag-Silver | 691.62 |
| Pt-Platinum | 10.06 |
| Rh-Rhodium | 7.41 |
| Os-Osmium | 94.89 |
| Ru-Ruthenium | 15.98 |
| Pd-Palladium | 8.67 |
| Ir-Iridium | 17.01 |



These results are based on well known accepted analytical procedures used solely on the sample
submitted by the customer. This report is prepared for the exclusive use of the customer. No
warranty as to the reproducibility or extractability of the material other than the sample is given.
Donald E. Jordan and/or Metallurgical Research and Assay Laboratory make no representation
express or implied on material other than that represented by the sample assayed.

"VALUE!" MEANS THAT ELEMENT HAS NOT BEEN ANALYZED FOR THIS REPORT.
prior arrangements are made, all samples will be discarded after 30 days

E

## Concentrate Calculations
## ASSAY #5935 – LOT #65 OF #225

| ELEMENT | OZ/TON | | VALUE/OZ | VALUE/TON |
|---|---|---|---|---|
| GOLD (AU | 5709.66 | X | $ 366.50 | $2,092,590.39 |
| SILVER (AG | 891.62 | X | 5.50 | 4,903.91 |
| PLATINUM (PT | 10.06 | X | 696.00 | 7,001.76 |
| RHODIUM (RH | 7.41 | X | 489.00 | 3,623.49 |
| OSMIUM (OS | 94.89 | X | 600.00 | 56,934.00 |
| RUTHENIUM (RU | 15.38 | X | 44.00 | 676.72 |
| PALLADIUM (PD | 8.67 | X | 191.00 | 1,655.97 |
| IRIDIUM (IR | 17.01 | X | 365.00 | 6,208.65 |
| | 6754.70 OZ | | Value / Ton | $2,173,594.89 |

NOTE:  THE ABOVE IS BASED ON MARKET PRICES ON JULY 31, 2003.

F

# FORMULA FOR VALUE OF CONTAINER WEIGHT

| | |
|---|---|
| Container #14 | 15,900 lbs |
| Container #15 | <u>16,600 lbs</u> |
| Total Weight | 32,500 lbs |
| Total Tons | 16.25 tons |

\* Assay value per ton:  $2,173,594.89
  Multiply by total tons:  X 16.25 Tons

\* Total value in US Dollars = $35,320,916.96

G



**WRITTEN ACTION OF THE DIRECTORS**
**OF**
**MIRABILIS VENURES, INC.**

February 10, 2005

The undersigned, being and constituting all of the Directors of **MIRABILIS VENTURES, INC.,** a Nevada corporation (the "Corporation" or "MVI"), do hereby consent to the following actions to be taken without a meeting of the Board of Directors of this Corporation:

**BE IT RESOLVED THAT** this Corporation is authorized to issue to 500 shares of Class B Preferred Stock to Frank Amodeo, Jr., which shall be treated as a Five Hundred Thousand ($500,000) principal payment of a non-interest bearing note.

_____
Jason Carlson, Director

_____
Robert Pollack, MD, Director

_____
Edie Curry, Director

# MINUTES OF

# MIRABILIS VENTURES, INC.

## SPECIAL JOINT MEETING OF DIRECTORS AND SHAREHOLDERS

### FEBRUARY 15, 2005

A special joint meeting of the directors and shareholders of MIRABILIS VENTURES, INC. was held at 20 N. Orange Avenue, Orlando, Florida 32801 on February 15, 2005, at 9:30 am. All of the directors and shareholders were present. Frank Amodeo acted as Chairman of the meeting.

Upon motion duly made and seconded, the following resolutions were unanimously adopted:

RESOLVED, the Company is authorized to create the employee positions, and pay the base compensation and additional compensation to such employees, as set forth in Schedule A.

RESOLVED, the Company is authorized to create a preferred class of stock, the purpose of which will be to serve as shares to be granted as compensation to various employees of the Company, and its affiliates.

RESOLVED, each preferred share shall have a face value of $100,000, and shall bear a coupon rate of 6% (the "Coupon").

RESOLVED, preferred shares shall be granted to such employees and consultants whenever Company revenues are sufficient to do so, on the basis of the formula set forth in Schedule A (the "Formula").

RESOLVED, based on the Formula, whenever 50 preferred shares have been granted, such person shall be eligible to have "Tenure", and as such a "Tenured Member", shall have the right to vote, with other Tenured Members, on the admission of new Tenured Members. A person has Tenure, and becomes a Tenured Member, whenever 2/3 of all current Tenured Members vote to grant Tenure to such person, and the permission of a majority in ownership of the common stock of the Company vote to allow such person to be granted Tenure also. Tenured Members shall have such other rights and privileges as the Company shall determine from time to time.

RESOLVED, the Coupon shall be paid annually to each preferred shareholder, and any annual distributions out of retained earnings of the Company to preferred shareholders in addition to the Coupon shall be determined by a vote of the preferred shareholders. One half of the annual retained earnings of the Company may be paid as a pro rata distribution, 1/3 to the common shareholders, and 2/3 to the preferred shareholders, upon the vote of a majority of the preferred shareholders, and all of the annual retained earnings of the Company may be paid as a pro rata distribution, 1/3 to the common shareholders, and 2/3 to the preferred shareholders, upon the vote of 2/3 of the preferred shareholders and a majority of the common shareholders.

RESOLVED, that Frank Amodeo is hereby authorized and directed to take all such actions as he shall deem necessary or advisable to carry out the foregoing resolutions.

There being no further business, the meeting was adjourned at 11:00 am.

_____
Frank Amodeo, Chairman

## WAIVER AND CONSENT

The undersigned, being all the shareholders and directors of Mirabilis Ventures, Inc., hereby waive notice of the Special Joint Meeting of the Board of Directors and Shareholders held on February 15, 2005, and consent to all actions taken thereat.

_____
Frank Amodeo, Sole Director and Shareholder

# Schedule A

**Compensation**

| Position | Base Monthly Compensation | Additional Compensation Based upon Percentage of Directors Fees Earned |
|---|---|---|
| **Staff** | | |
| Clerk 1 | 1,500 | 0% |
| Clerk 2 | 1,750 | 0% |
| Clerk 3 | 2,000 | 0% |
| Assistant | 2,500 | 0% |
| Senior Assistant | 2,750 | 0% |
| Para Professional | 3,000 | 0% |
| Advanced Para Professional | 3,500 | 0% |
| Senior Staff | 4,000 | 0% |
| **Executive** | | |
| Staff Consultant | 4,000 | 25% |
| Consultant | 5,000 | 25% |
| Senior Consultant | 6,000 | 25% |
| Associate | 7,000 | 33% |
| Senior Associate | 7,500 | 33% |
| Partner | 8,000 | 40% |
| Administrative Partner | 10,000 | 40% |
| Executive Partner | 12,500 | 40% |

**Ownership**

| | Annual Shares | Cumulative Shares |
|---|---|---|
| **Staff** | | |
| Year 1 | - | - |
| Year 2 | 0.25 | 0.25 |
| Year 3 | 0.25 | 0.50 |
| Year 4 | 0.25 | 0.75 |
| Year 5 | 0.25 | 1.00 |
| Year 6 | 0.25 | 1.25 |
| Year 7 | 0.25 | 1.50 |
| Year 8 | 0.25 | 1.75 |
| Year 9 | 0.25 | 2.00 |
| Year 10 | 0.25 | 2.25 |
| Year 11 | 0.25 | 2.50 |
| Year 12 | 0.25 | 2.75 |
| Year 13 | 0.25 | 3.00 |
| Year 14 | 0.25 | 3.25 |
| Year 15 | 0.25 | 3.50 |
| Year 16 | 0.25 | 3.75 |
| Year 17 | 0.25 | 4.00 |
| Year 18 | 0.25 | 4.25 |
| Year 19 | 0.25 | 4.50 |
| Year 20 | 0.50 | 5.00 |
| | | |
| **Executive** | | |
| Year 1 | - | - |
| Year 2 | 1.0 | 1.0 |
| Year 3 | 2.0 | 3.0 |
| Year 4 | 3.0 | 6.0 |
| Year 5 | 4.0 | 10.0 |
| Year 6 | 5.0 | 15.0 |
| Year 7 | 5.0 | 20.0 |
| Year 8 | 4.0 | 24.0 |
| Year 9 | 3.0 | 27.0 |
| Year 10 | 3.0 | 30.0 |
| Year 11 | 2.0 | 32.0 |
| Year 12 | 2.0 | 34.0 |
| Year 13 | 2.0 | 36.0 |
| Year 14 | 2.0 | 38.0 |
| Year 15 | 2.0 | 40.0 |
| Year 16 | 2.0 | 42.0 |
| Year 17 | 2.0 | 44.0 |
| Year 18 | 2.0 | 46.0 |
| Year 19 | 2.0 | 48.0 |
| Year 20 | 2.0 | 50.0 |

**WRITTEN ACTION OF THE DIRECTORS**
**OF**
**MIRABILIS VENURES, INC.**

February 28, 2005

The undersigned, being and constituting all of the Directors of **MIRABILIS VENTURES, INC.**, a Nevada corporation (the "Corporation" or "MVI"), do hereby consent to the following actions to be taken without a meeting of the Board of Directors of this Corporation:

**BE IT RESOLVED THAT** this Corporation is authorized to issue to 2,000 shares of Class Z Preferred Stock to Frank Amodeo, Jr., which shall be treated as repayment of a Five Hundred Thousand ($500,000) prior cash contribution and the assignment of a One Million Five Hundred Thousand ($1,500,000) note receivable from AQMI Strategy Corporation.

_____
Jason Carlson, Director

_____
Robert Pollack, MD, Director

_____
Edie Curry, Director

**WRITTEN ACTION OF THE DIRECTORS**
**OF**
**MIRABILIS VENURES, INC.**

March 31, 2005

The undersigned, being and constituting all of the Directors of **MIRABILIS VENTURES, INC.**, a Nevada corporation (the "Corporation" or "MVI"), do hereby consent to the following actions to be taken without a meeting of the Board of Directors of this Corporation:

**BE IT RESOLVED THAT** this Corporation is authorized to issue to 2,000 shares of Class Z Preferred Stock to Frank Amodeo, Jr., which shall be treated as a repayment of Two Million Dollars ($2,000,000) in prior cash contributions.

Jason Carlson, Director

Robert Pollack, MD, Director

Edie Curry, Director

**MINUTES OF**

**MIRABILIS VENTURES, INC.**

**SPECIAL MEETING OF DIRECTORS AND SHAREHOLDERS**

**February 10, 2005**

A special meeting of the directors and shareholders of Mirabilis Ventures, Inc., a Nevada Corporation, was held at 20 N. Orange Avenue, Orlando, Florida 32801, on February 10, 2005, at 10:00 am. All of the directors and shareholders were present, having waived notice of the meeting. Yaniv Amar acted as Chairman of the meeting.

Upon motion duly made and seconded, the following resolutions were unanimously adopted:

**RESOLVED,** the Company acknowledges, ratifies, and accepts assignment of the following assets from Trafalgar Capital Group, Inc.:

1)  
| ASSAY# | Product Code | Weight | Description | Location | Lot |
|--------|--------------|--------|-------------|----------|-----|
| 5935 | Container #14 | 15,900 lbs | Seal #660751 | B-4 | 65 |
| 5935 | Container #15 | 16,600 lbs | Seal #660752 | B-4 | 65 |

  *\* See attached Exhibits A-G.*

2)  350 shares of Quantum Delta Enterprises, Incorporated, a Minnesota Corporation

3)  Analytic Data Systems, Incorporated – Intellectual Property

**RESOLVED,** that the Board of Directors is hereby authorized and directed to take all such actions as they shall deem necessary or advisable to carry out the foregoing resolution.

There being no further business, the meeting was adjourned at 10:20 am.

_____  
Yaniv Amar, Chairman

**WAIVER AND CONSENT**

The undersigned, being the sole director and shareholder of Mirabilis Ventures, Inc., hereby waives notice of the Special Meeting of the Directors and Shareholders held on February 10, 2005, and consents to all actions taken thereat.

_____  
Yaniv Amar, Sole Director and Sole Shareholder

# MINUTES OF

# MIRABILIS VENTURES, INC.

## SPECIAL JOINT MEETING OF DIRECTORS AND SHAREHOLDERS

### February 15, 2005

A special joint meeting of the directors and shareholders of MIRABILIS VENTURES, INC. was held at 20 N. Orange Avenue, Orlando, Florida 32801, on February 15, 2005, at 9:30 am. All of the directors and shareholders were present. Yaniv Amar acted as Chairman of the meeting.

Upon motion duly made and seconded, the following resolutions were unanimously adopted:

**RESOLVED,** the Company is authorized to create the employee positions, and pay the base compensation and additional compensation to such employees, as set forth in Schedule A.

**RESOLVED,** the Company is authorized to create a preferred class of stock, the purpose of which will be to serve as shares to be granted as compensation to various employees of the Company and its affiliates.

**RESOLVED,** each preferred share shall have a face value of $100,000 and shall bear a coupon rate of 6% (the "Coupon").

**RESOLVED,** preferred shares shall be granted to such employees and consultants whenever Company revenues are sufficient to do so, on the basis of the formula set forth in Schedule A (the "Formula").

**RESOLVED,** based on the Formula, whenever 50 preferred shares have been granted, such person shall be eligible to have "Tenure," and as such a "Tenured Member," shall have the right to vote with other Tenured Members on the admission of new Tenured Members. A person has Tenure and becomes a Tenured Member whenever 2/3 of all current Tenured Members vote to grant Tenure to such person, and the permission of a majority in ownership of the common stock of the Company vote to allow such person to be granted Tenure also. Tenured Members shall have such other rights and privileges as the Company shall determine from time to time.

**RESOLVED,** the Coupon shall be paid annually to each preferred shareholder and any annual distributions out of retained earnings of the Company to preferred shareholders in addition to the Coupon shall be determined by a vote of the preferred shareholders. One-half of the annual retained earnings of the Company may be paid as a pro rata distribution, 1/3 to the common shareholders and 2/3 to the preferred shareholders, upon the vote of a majority of the preferred shareholders, and all of the annual retained earnings of the Company may be paid as a pro rata distribution, 1/3 to the common shareholders and 2/3 to the preferred shareholders, upon the vote of 2/3 of the preferred shareholders and a majority of the common shareholders.

**RESOLVED,** that Yaniv Amar is hereby authorized and directed to take all such actions as he shall deem necessary or advisable to carry out the foregoing resolutions.

There being no further business, the meeting was adjourned at 11:00 am.

_____

Yaniv Amar, Chairman

### WAIVER AND CONSENT

The undersigned, being the sole director and shareholder of Mirabilis Ventures, Inc., hereby waives notice of the Special Meeting of the Directors and Shareholders held on February 15, 2005, and consents to all actions taken thereat.

_____

Yaniv Amar, Sole Director and Sole Shareholder

*[handwritten: Did it occur per Frank Amodeo]*

## MINUTES OF

## MIRABILIS VENTURES, INC.

### SPECIAL JOINT MEETING OF DIRECTORS AND SHAREHOLDERS

#### April 7, 2005

A special joint meeting of the directors and shareholders of MIRABILIS VENTURES, INC. was held at 20 N. Orange Avenue, Orlando, Florida 32801, on April 7, 2005, at 9:30 am. All of the directors and shareholders were present. Yaniv Amar acted as Chairman of the meeting.

WHEREAS, at a special joint meeting of the directors and shareholders held on February 15, 2005, the Company adopted certain resolutions for the creation of employee positions, and the payment of base compensation and additional compensation to such employees. A copy of the Minutes of such meeting is attached hereto as Exhibit "A" (the "February 15, 2005 Minutes");

WHEREAS, the directors and shareholders d additional compensation payable to such employees;

*[handwritten: Note: these are unexecuted docs w/ Yaniv A. as signor - there are executed versions in book/Engagement w/ Frank A. as signor.]*

Upon motion duly made and seconded, the adopted:

RESOLVED, the February 15, 2005 Minute defined terms therein apply herein.

RESOLVED, the preferred shares which consultants whenever Company revenues are suffic shall be granted based on the new formula set fort "New Formula").

RESOLVED, based on the New Formula, whenever so preferred _____. granted, such person shall be eligible to be a Partner, as set forth in the New Formula, and as a Partner shall have the right to vote with other Partners, on the admission of new Partners. A person can become a Partner whenever ½ of all current Partners vote to grant partnership status to such person.

RESOLVED, the maximum number of preferred shares that any person may earn shall be fifty (50).

RESOLVED, that eligibility for Tenured Member status shall automatically be granted to any Partner who has served continuously as a Senior Regional partner (as such position shall be further defined and established by the Company) for three (3) years, regardless of the number of preferred shares held by such Partner.

**RESOLVED,** that Tenured Members shall select which persons of the Company shall serve as directors on the boards of directors of various companies affiliated with the Company and thereby be entitled to receive the additional compensation listed in the Formula for such services.

**RESOLVED,** that Yaniv Amar is hereby authorized and directed to take all such actions as he shall deem necessary or advisable to carry out the foregoing resolutions.

There being no further business, the meeting was adjourned at 11:00 am.

_____

Yaniv Amar, Chairman

## WAIVER AND CONSENT

The undersigned, being the sole director and shareholder of Mirabilis Ventures, Inc., hereby waives notice of the Special Meeting of the Directors and Shareholders held on April 7, 2005, and consents to all actions taken thereat.

_____

Yaniv Amar, Sole Director and Sole Shareholder

## MINUTES OF

## MIRABILIS VENTURES, INC.

## SPECIAL JOINT MEETING OF DIRECTORS AND SHAREHOLDERS

### APRIL 7, 2005

A special joint meeting of the directors and shareholders of MIRABILIS VENTURES, INC. was held at 20 N. Orange Avenue, Orlando, Florida 32801 on April 7, 2005, at 9:30 am. All of the directors and shareholders were present. Frank Amodeo acted as Chairman of the meeting.

WHEREAS, at a special joint meeting of the directors and shareholders held on February 15, 2005, the Company adopted certain resolutions for the creation of employee positions, and the payment of base compensation and additional compensation to such employees. A copy of the Minutes of such meeting is attached hereto as Exhibit "A" (the "February 15, 2005 Minutes").

WHEREAS, the directors and shareholders desire to now modify and further expand the additional compensation payable to such employees.

Upon motion duly made and seconded, the following resolutions were unanimously adopted:

RESOLVED, the February 15, 2005 Minutes are hereby ratified and confirmed, and the defined terms therein apply herein.

RESOLVED, the preferred shares which are to be granted to such employees and consultants whenever Company revenues are sufficient to do so, on the basis of the Formula, shall be granted based on the new formula set forth in revised Schedule "A" attached hereto (the "New Formula").

RESOLVED, based on the New Formula, whenever 30 preferred shares have been granted, such person shall be eligible to be a Partner, as set forth in the New Formula, and as a Partner, shall have the right to vote, with other Partners, on the admission of new Partners. A person can become a Partner whenever 1/2 of all current Partners vote to grant partnership status to such person.

RESOLVED, the maximum number of preferred shares that any person may earn shall be fifty (50).

RESOLVED, that eligibility for Tenured Member status shall automatically be granted to any Partner who has served continuously as a Senior Regional Partner (as such position shall be further defined and established by the Company) for three (3) years, regardless of the number of preferred shares held by such Partner.

RESOLVED, that Tenured Members shall select which persons of the Company shall serve as directors on the boards of directors of various companies affiliated with the Company, and thereby be entitled to receive the additional compensation listed in the Formula for such services.

RESOLVED, that Frank Amodeo is hereby authorized and directed to take all such actions as he shall deem necessary or advisable to carry out the foregoing resolutions.

There being no further business, the meeting was adjourned at 11:00 am.

_____
Frank Amodeo, Chairman

## WAIVER AND CONSENT

The undersigned, being all the shareholders and directors of Mirabilis Ventures, Inc., hereby waive notice of the Special Joint Meeting of the Board of Directors and Shareholders held on April 17, 2005, and consent to all actions taken thereat.

_____
Frank Amodeo, Chairman

**UNANIMOUS WRITTEN CONSENT OF BOARD OF DIRECTORS
OF MIRABILIS VENTURES, INC., A NEVADA CORPORATION,
AT A SPECIAL MEETING OF THE BOARD OF DIRECTORS ON JUNE 9, 2005**

A special meeting of the Board of Directors of Mirabilis Ventures, Inc., a Nevada corporation (the "Company"), was held at 20 North Orange Avenue, Suite 1400, Orlando, Florida 32801, on June 9, 2005, at 2:00 pm.  All of the directors of the Company were present, having waived notice of the meeting.

Upon motion duly made and seconded, and approved by the Board of Directors, the following resolution was unanimously adopted:

RESOLVED, that the Company hereby authorizes Mirabilis Ventures, Inc. to purchase Fifty Thousand ($50,000) Dollars worth of common stock in Legend Holdings of America, Inc., a Florida corporation, at a price of One ($1.00) Dollar per share. Payment shall be made on or before July 31, 2005, however, the effective date of the purchase shall be June 9, 2005.

FURTHER RESOLVED, that the Board of Directors is hereby authorized and directed to take all such actions as they shall deem necessary or advisable to carry out the foregoing resolution.

The meeting was adjourned at 3:00 pm.

Signature: _____          Signature: _____
Name: Robert Pollack, MD                    Name: Jason W. Carlson
Its:     Director                           Its:     Director


Signature: _____
Name: Edie Curry
Its:     Director



**MINUTES OF**

**MIRABILIS VENTURES, INC.**

**SPECIAL JOINT MEETING OF THE BOARD OF
DIRECTORS AND SHAREHOLDERS**

**July 6, 2005**

A special joint meeting of the shareholders and directors of Mirabilis Ventures, Inc., was held at 20 N. Orange Avenue, Orlando, Florida 32801 on July 6, 2005, at 2:00 pm. All of the shareholders and directors were present, having waived notice of the meeting. Yaniv Amar acted as Chairman of the meeting.

Upon motion duly made, seconded and approved by the Shareholders and Board of Directors, the following resolutions were unanimously adopted:

RESOLVED, that the Company is authorized and directed to enter into an Assignment Agreement, to transfer fifty-one percent (51%) of Company's total interest in AEM, INC., a Florida Corporation, to Laurie Andrea upon approval of a definitive agreement on terms acceptable to the Board of Directors.

RESOLVED FURTHER, that the appropriate officers of the Company are hereby authorized and directed to take all such actions as they shall deem necessary or advisable to carry out the foregoing resolution.

There being no further business, the meeting was adjourned at 3:00 pm.

_____
Yaniv Amar, Chairman


**WAIVER AND CONSENT**

The undersigned, being all the shareholders and directors of Mirabilis Ventures, Inc., hereby waive notice of the Special Joint Meeting of the Board of Directors and Shareholders held on July 6, 2005, and consent to all actions taken thereat.

_____
Yaniv Amar, Director and Sole Shareholder

# MINUTES OF

# MIRABILIS VENTURES, INC.

## SPECIAL JOINT MEETING OF THE BOARD OF DIRECTORS AND SHAREHOLDERS

### July 6, 2005

A special joint meeting of the shareholders and directors of Mirabilis Ventures, Inc., was held at 20 N. Orange Avenue, Orlando, Florida 32801 on July 6, 2005, at 1:00 pm. All of the shareholders and directors were present, having waived notice of the meeting. Yaniv Amar acted as Chairman of the meeting.

Upon motion duly made, seconded and approved by the Shareholders and Board of Directors, the following resolutions were unanimously adopted:

RESOLVED, that the Company is authorized and directed to issue One Million (1,000,000) shares of Preferred Stock of $0.00 par value each.

RESOLVED FURTHER, that the appropriate officers of the Company are hereby authorized and directed to take all such actions as they shall deem necessary or advisable to carry out the foregoing resolution and to execute and file Articles of Amendment with the Secretary of State of the State of Nevada reflecting the aforementioned amendment to the Articles of Incorporation.

There being no further business, the meeting was adjourned at 2:00 pm.

_____
Yaniv Amar, Chairman

## WAIVER AND CONSENT

The undersigned, being all the shareholders and directors of Mirabilis Ventures, Inc., hereby waive notice of the Special Joint Meeting of the Board of Directors and Shareholders held on July 6, 2005, and consent to all actions taken thereat.

_____
Yaniv Amar, Director and Sole Shareholder

# MINUTES OF

## MIRABILIS VENTURES, INC.

### SPECIAL JOINT MEETING OF DIRECTORS AND SHAREHOLDERS

**July 11, 2005**

A special joint meeting of the directors and shareholders of MIRABILIS VENTURES, INC. was held at 20 N. Orange Avenue, Orlando, Florida 32801 on July 11, 2005, at 9:30 am. All of the directors and shareholders were present.  Frank Amodeo acted as Chairman of the meeting.

Upon motion duly made and seconded, the following resolutions were unanimously adopted:

RESOLVED, James V. Sadrianna, of Orlando, Florida, is authorized to open a bank account in the name of Mirabilis Ventures, Inc.

RESOLVED, James V. Sadrianna is authorized to be the sole signer for the above-referenced bank account.

There being no further business, the meeting was adjourned at 10:00 am.


Robert Pollack, M.D.
Executive Vice President



**WRITTEN ACTION OF THE DIRECTORS**
**OF**
**MIRABILIS VENURES, INC.**

August 31, 2005

The undersigned, being and constituting all of the Directors of **MIRABILIS VENTURES, INC.**, a Nevada corporation (the "Corporation" or "MVI"), do hereby consent to the following actions to be taken without a meeting of the Board of Directors of this Corporation:

**BE IT RESOLVED THAT** this Corporation is authorized to issue to 2,000 shares of Class B Preferred Stock to Frank Amodeo, Jr., in exchange for One Million Five Hundred Thousand Dollars ($1,500,000) in cash contribution plus 1,000 common shares of Nexia Strategy Corporation common stock, representing 100% of the Nexia Strategy Corporation common stock issued and outstanding.

Jason Carlson, Director

Robert Pollack, MD, Director

Edie Curry, Director

# MIRABILIS VENTURES, INC.

## SPECIAL MEETING OF THE BOARD OF DIRECTORS

### September 1, 2005

A special meeting of the Board of Directors of Mirabilis Ventures, Inc., was held at 20 N. Orange Avenue, Orlando, Florida 32801 on September 1, 2005, at 2:00 pm. All of the directors were present, having waived notice of the meeting. Robert Pollack, MD acted as Chairman of the meeting.

Upon motion duly made, seconded and approved by the Board of Directors, the following resolutions were unanimously adopted:

**RESOLVED,** that Bruce Walko is hereby removed as President of the Corporation.

**RESOLVED,** that James V. Sadrianna is hereby appointed as President of the Corporation.

**RESOLVED,** that Bruce Walko is hereby appointed as Chairman of the Corporation.

**RESOLVED FURTHER,** that the appropriate officers of the Company are hereby authorized and directed to take all such actions as they shall deem necessary or advisable to carry out the foregoing resolutions.

There being no further business, the meeting was adjourned at 2:30 pm.

Signature:  
Name: Robert Pollack, MD  
Its:      Director

Signature:  
Name: Jason W. Carlson  
Its:      Director

Signature:  
Name: Edie Curry  
Its:      Director

## WAIVER AND CONSENT

The undersigned, being all of the directors of Mirabilis Ventures, Inc., hereby waive notice of the Special Meeting of the Board of Directors held on September 1, 2005, and consent to all actions taken thereat.

Signature:
Name: Robert Pollack, MD
Its:     Director

Signature:
Name: Jason W. Carlson
Its:     Director

Signature:
Name: Edie Curry
Its:     Director

**WRITTEN ACTION OF THE DIRECTORS**
**OF**
**MIRABILIS VENURES, INC.**

December 31, 2005

The undersigned, being and constituting all of the Directors of **MIRABILIS VENTURES, INC.**, a Nevada corporation (the "Corporation" or "MVI"), do hereby consent to the following actions to be taken without a meeting of the Board of Directors of this Corporation:

**BE IT RESOLVED THAT** this Corporation is authorized to issue 156,250 shares of Class B Preferred Stock to the individuals and in the amounts identified on Exhibit "A", attached hereto and incorporated by reference herein, at the price of $0.10 per share.

_____
Jason Carlson, Director

_____
Robert Pollack, MD, Director

_____
Edie Curry, Director

_____
James V. Sadrianna, Director

_____
Brace Walko, Chairman

MINUTES OF THE ANNUAL MEETING
OF THE SHAREHOLDERS OF
MIRABILIS VENTURES, INC.

The meeting of the Shareholders of Mirabilis Ventures, Inc. convened at 4:00 p.m. on January 25, 2006.

Present at the meeting was Yaniv Amar, sole Class A shareholder, and several Class B shareholder candidates. Also present was Philip S. Kaprow. Yaniv Amar was elected chairman, and Philip S. Kaprow was asked to serve as acting secretary.

The Chairman called the meeting to order and stated that a quorum of the Shareholders were present for the conduct of business.

Upon motion duly made, seconded and unanimously carried, it was:

**RESOLVED**, to adopt the Bylaws of Mirabilis Ventures, Inc. executed by James V. Sadrianna on October 1, 2005.

**BE IT FURTHER RESOLVED**, to increase, pursuant to Section 3.11 of the Mirabilis Ventures, Inc. bylaws the maximum number of directors from five (5) to nine (9).

**BE IT FURTHER RESOLVED**, that the following individuals to serve as the Board of Directors until the next annual meeting of the Shareholders or until removed from office:

> Bruce Walko
> James V. Sadrianna
> Robert W. Pollack, MD
> Jason Carlson
> Edie Curry
> Frank Hailstones

**BE IT FURTHER RESOLVED**, that the Board of Directors are hereby recommended to create five Committees:

> Audit/Risk Committee
> Compensation/Hiring Committee
> Investment Committee
> Executive Committee
> Global Development Committee

and to appoint as chairpersons and members to those committees, individuals which in the Board's judgment, will best serve the needs and interests of the Company.

**BE IT FURTHER RESOLVED**, that the Board of Directors are hereby recommended to appoint the following slate of officers for the Company:

Frank Hailstones, President & CEO
Fernando Simo, COO
Paul Glover, CFO
Richard Berman, EVP &Corporate Secretary

**BE IT FURTHER RESOLVED,** that the shareholders hereby ratify and approve each action taken by the Board of Directors and Officers for all actions taken through January 25, 2006.

There being no further business before the meeting, it was on motion duly made, seconded and unanimously carried, adjourned at 7:15 p.m.

Respectfully submitted,

Philip S. Kaprow, Acting Secretary

MINUTES OF THE ANNUAL MEETING
OF BOARD OF DIRECTORS OF
MIRABILIS VENTURES, INC.

The meeting of the Board of Directors of Mirabilis Ventures, Inc. convened at 12:12 p.m. on January 25, 2006.

Present at the meeting were Edie Curry (appearing by telephone), Dr. Robert Pollack, James V. Sadrianna, Jason Carlson, and Bruce Walko, constituting all of the Directors of the Corporation. Chairman Walko headed the meeting and Tom Broadhead, acted as Secretary. Also present was Philip S. Kaprow.

The Chairman called the meeting to order and stated that a quorum of the Board of Directors was present for the conduct of business.

Upon motion duly made, seconded and unanimously carried, it was:

**RESOLVED,** that Philip S. Kaprow shall act as the Secretary for the Board of Directors meeting on January 25, 2006 and shall be responsible for taking and accurately reporting the minutes.

The Secretary thereafter presented and read a Waiver of Notice to the meeting signed by all of the Directors of the Corporation, which was ordered to be made a part of the Minutes of this meeting.

The Board of Directors then considered the presentment of resignations of several officers of Mirabilis Ventures, Inc., and the following motion was duly made, seconded and unanimously carried:

**RESOLVED,** that the Company accept the resignation of James V. Sadrianna, as President of Mirabilis Ventures, Inc. effective January 25, 2006.

**BE IT FURTHER RESOLVED,** that the Company accept the resignation of Robert Pollack, MD, as EVP-Strategy of Mirabilis Ventures, Inc. effective January 25, 2006.

**BE IT FURTHER RESOLVED,** that the Company accept the resignation of James M. Vandevere as EVP-Operations of Mirabilis Ventures, Inc. effective January 25, 2006.

**BE IT FURTHER RESOLVED,** that the Company accept the resignation of Tom Broadhead as Secretary/General Counsel of Mirabilis Ventures, Inc. effective January 25, 2006.

**BE IT FURTHER RESOLVED,** that the Company accept the resignation of Daniel Myers as Treasurer of Mirabilis Ventures, Inc. effective January 25, 2006.

**BE IT FURTHER RESOLVED,** that the Company accept the resignation of Kevin Leonard as Controller of Mirabilis Ventures, Inc. effective January 25, 2006.

**BE IT FURTHER RESOLVED**, that the Company accept the resignation of Horton Johnson as EVP-Corporate Development of Mirabilis Ventures, Inc. effective January 25, 2006.

Thereafter, the meeting was suspended pending the Shareholder's meeting of Mirabilis Ventures, Inc., which was scheduled for 4:00 pm on January 25, 2006. During the Shareholder's meeting, the Board of Directors was increased to six individuals, with Bruce Walko, Robert W. Pollack, MD, Jason Carlson, James V. Sadrianna, and Edie Curry continuing on the Board, as well as the addition of Frank Hailstones.

Immediately following the annual meeting of Shareholders, the Board of Directors reconvened at 7:46 pm on January 25, 2006.

Present at the reconvened meeting were Bruce Walko, Robert W. Pollack, MD, Jason Carlson, James V. Sadrianna, and Frank Hailstones, constituting a majority of the Directors of the Corporation. Absent from the meeting was Edie Curry. Chairman Walko headed the meeting and Philip S. Kaprow, a non-director, acted as Secretary.

The reports of the affairs of the Corporation were considered, and the Chairman reviewed the resolutions adopted by the Shareholders at the annual meeting of the Shareholders.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that the Board of Directors welcomes the following Directors:

| | |
|---|---|
| Bruce Walko | James V. Sadrianna |
| Robert W. Pollack, MD | Frank Hailstones |
| Jason Carlson | Edie Curry |

**BE IT FURTHER RESOLVED**, that the Chairman of the Board shall be a non-voting member of the Board of Directors, other than in the event of a tie breaker. In the event of a tie-breaker, the Chairman shall cast the tie-breaking vote.

**BE IT FURTHER RESOLVED**, that the Board of Directors names Bruce Walko to be the Chairman of the Board until removed from office.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that the Company appoint the following officers of Mirabilis Ventures, Inc. to act in their respective capacities as set forth in the Bylaws of the Company until the earlier of the next annual meeting or removal from office:

| | |
|---|---|
| President: | Frank Hailstones |
| EVP-Operations: | Fernando Simo |

EVP-Secretary:        Richard E. Berman
EVP-Treasurer:       Paul Glover

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that the Board of Directors, in accordance with §3.17 of the Company Bylaws, create and establish the following five (5) committees:

Audit/Risk Committee, Compensation/Hiring Committee, Investment Committee, Executive Committee, and Global Development Committee

BE IT FURTHER RESOLVED, that the purpose of the Audit/Risk Committee shall be to examine compliance with corporate governance and auditing procedures as well as to review the risk and impact to the Company of each investment.

BE IT FURTHER RESOLVED, that the purpose of the Compensation/Hiring Committee shall be to examine the Hiring and Compensation policies and procedures as well as to review the ongoing compensation for employees of the Company and the Company's affiliates.

BE IT FURTHER RESOLVED, that the purpose of the Investment Committee shall be to examine the economic and integrative value of each of transaction to the Company as well as to determine whether or not the Company should ultimately fund a proposed investment.

BE IT FURTHER RESOLVED, that the purpose of the Executive Committee shall be to receive reports from the top-tiered management of the Company as well as to oversee the relationship of day to day operations in light of the long terms goals of the Company.

BE IT FURTHER RESOLVED, that the purpose of Global Development Committee shall be to address the global development and expansion of the Company.

BE IT FURTHER RESOLVED, that the following individuals be appointed as the respective Chairpersons of the committees:

Audit/Risk:             Edie Curry
Compensation/Hiring:    Larry Haber
Investment:           Robert Pollack, MD
Executive:            James V. Sadrianna
Global Development:     Hans Beyer

and that said Chairpersons serve until they are replaced by the Board or Directors or are otherwise removed from office.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that Mirabilis Ventures, Inc. engage the services of Berman, Kean, & Riguera, P.A. as general counsel and to serve as the Florida registered agent for Mirabilis Ventures, Inc. and each Mirabilis Ventures, Inc. affiliate or subsidiary entity.

**BE IT FURTHER RESOLVED**, that Mirabilis Ventures, Inc. on or before April 1, 2006 shall either enter into a long term contract with Berman, Kean, & Riguera, P.A. or in the alternative to identify alternate legal counsel for the provision of general counsel services to Mirabilis Ventures, Inc. and all affiliate and subsidiary entities.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that Mirabilis Ventures, Inc. hereby ratifies, affirms, and restates its contract with AQMI Strategy Corporation to provide consultant services on the Capital Genesis model on the terms and conditions previously agreed to between the parties.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that Mirabilis Ventures, Inc. as the sole shareholder of Common Paymaster Corporation, recommends to the Board of Directors of Common Paymaster Corporation to approve the Common Paymaster Corporation Handbook as well as the Common Paymaster Corporation Business Practices and Ethical Standards as it has been presented to the Board of Directors of Mirabilis Ventures, Inc.

**BE IT FURTHER RESOLVED**, that Mirabilis Ventures, Inc., as the sole shareholder of Common Paymaster Corporation, recommend to Common Paymaster Corporation that each employee of Common Paymaster Corporation be required to execute the Receipt and Acknowledgement page of the Common Paymaster Employment Manual and the Receipt and Acknowledgement portion of the Common Paymaster Corporation Business Practices and Ethical Standards on or before March 1, 2006.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that the Risk/Audit Committee is hereby directed to establish, on or before April 1, 2006, a standard operating procedure for the selection and retention of legal counsel in each region of the Company.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that the Compensation/Hiring Committee is hereby directed to establish, on or before April 1, 2006, all proposed changes to the Common Paymaster Employee Handbook and base pay and bonus compensation schedules.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED,** that the Company seek and enter into, on or before April 1, 2006, an agreement with an AQMI Strategy Corporation to act as a consultant for the award of discretionary bonuses.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED,** that the Executive Committee is hereby directed to establish, on or before April 1, 2006, a standard operating procedure and guidelines for the use of corporate assets and vehicles.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED,** that as a matter of corporate policy, effective immediately, Mirabilis Ventures, Inc. shall not pay for relocation costs for newly hired employees.

**BE IT FURTHER RESOLVED,** that nothing in this resolution shall preclude Mirabilis Ventures, Inc. from paying for relocation costs associated with a temporary or permanent relocation for existing employees, the payment and amount of which shall be considered by the Executive Committee on a case by case basis.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED,** that as a matter of corporate policy, effective immediately, upon a company being acquired by Mirabilis Ventures, Inc., there is to be no nepotism or preferential hiring of any form, including the hiring of relatives, particularly in the same reporting lines or chains of command.

**BE IT FURTHER RESOLVED,** that nothing in this resolution shall require Mirabilis Ventures, Inc. to enforce this policy to previously acquired companies.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED,** that by April 1, 2006 budgets for Mirabilis Ventures, Inc. and each affiliate or subsidiary company shall be prepared for the remainder of fiscal year 2006.

**BE IT FURTHER RESOLVED,** that by July 1, 2006, a policy for a rolling 18 month budget shall be established for Mirabilis Ventures, Inc. and each affiliate or subsidiary company, and updated budgets of the same shall be provided to the Mirabilis Ventures, Inc. Board of Directors on a monthly basis.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED,** that effective immediately, the hiring of a Managing Director must be ratified by the Board of Directors.

**BE IT FURTHER RESOLVED,** the Executive Committee can hire, on a conditional basis, a Managing Director. Said employment is conditioned upon ratification by the Board of Directors at the next regularly scheduled meeting of the Board of Directors.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED,** that the sale of all Presidion Corporation stock owned by Mirabilis Ventures, Inc. to Titanium Consulting Services, Inc., and the assumption and delegation of the Indemnification Agreement related thereto all be ratified and approved on the terms and conditions agreed upon between the parties.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED,** that Mirabilis Ventures, Inc., as the sole shareholder of Common Paymaster Corporation, ratify the Employment Contract with all proposed amendments thereto approved.

**BE IT FURTHER RESOLVED,** that the Compensation/Hiring Committee is hereby charged with recommending approval of all future changes to the Employment Contract.

**BE IT FURTHER RESOLVED,** that the Executive Committee and with recommending approval for any exceptions or exception letters being sought by employees.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED,** that the following acquisitions undertaken by Mirabilis Ventures, Inc. are hereby ratified, affirmed, and approved:

| Corporate Name | Month/Year | Capital Contribution |
|---|---|---|
| A Very Private Eye, Inc. | 2/05 | $120,000.00 |
| AEM, Inc. | 7/05 | $125,000.00 |
| Allstaff Management, Inc.; Allstaff Personnel Management, Inc.; and Neighborly Services, Inc. | 12/05 | $975,000.00 |
| Axena, Inc. | 10/05 | $667,000.00 |

| | | |
|---|---|---|
| Benecomp National Corp.; Cadent Administrators, Inc.; and Community Health Solutions of America, LLC | 11/05 | $25,000.00 |
| Desert Valley Aviation, Inc. | 11/05 | Non-monetary consideration |
| Empire Global Strategies, Inc. | 12/05 | $301,000.00 |
| The New Florida Industrial Electric, Inc. | 9/05 | $5,000,000.00 |
| Global Vision Group Holdings, LLC | 6/05 | $100,000.00 |
| Inline Marketing Technology, Inc. | 1/06 | $219,161.74 |
| Ionic Services, Inc. | 4/05 | $500,000.00 |
| Kevin D. Munroe, PA | 10/05 | $275,000.00 |
| FLHP-MS, LLC | 11/05 | $2,000,000.00 |
| PowerCentric, Inc.; Provider Management Group, Inc.; and Provima, Inc. | 10/05 | $264,957.78 |
| RKT Constructors, Inc. | 12/05 | $3,000,000.00 |
| Security Imaging Systems, Inc. | 11/05 | $100,000.00 |
| Tactical Intelligence & Investigations, LLC | 1/06 | $200,000.00 |
| Theory3, Inc. | 8/05 | $312,500.00 |
| Two Wheel Tunes, Inc. | 1/06 | $1,000,000.00 |
| World Wrestling Legends, LLC | 12/05 | $50,000.00 |
| Felker Construction Services Corporation | 2/05 | $125,000.00 |
| PRB Design Studio, Inc. | 11/05 | $100.00 |

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that the following are entities created by Mirabilis Ventures, Inc., the creation and maintenance of which are hereby ratified, affirmed, and approved:

| Corporate Name | Month/Year |
|---|---|
| Centro Executive Offices Corporation | 10/04 |
| Cerulean Graphics, Inc. | 09/05 |
| Digiteyes, Inc. | 10/05 |
| EarthSource, Inc. | 12/05 |
| Gibraltar Integrity Corporation | 12/05 |
| GMOFF, LLC | 01/06 |
| The Human Resource | |

| | |
|---|---|
| Enterprise Corporation | 09/05 |
| Information Systems, Inc. | 06/05 |
| Insurance Indemnity Investment, Inc. | 10/05 |
| Legend Holdings of America, Inc. | 06/05 |
| Nexia Strategy Corporation | 04/05 |
| Nexia Strategy, Ltd. | 12/05 |
| Pacific Atlantic STF Corporation | 12/05 |
| Pacific Atlantic Capital Corporation | 11/05 |
| Quasar Construction, Inc. | 10/05 |
| Siren Resources, Inc. | 11/04 |
| Synergy Technology Fabrication, LLC | 12/05 |
| Unex Corporation | 10/05 |
| Universal Analytics, Inc. | 11/05 |
| Ithor Capital, LLC | 12/05 |
| Hoth Holdings, LLC | 12/05 |
| ITHOR LIMITED, LLC | 12/05 |

Thereafter, the next meeting of the Board of Directors was scheduled for February 15, 2006 at 12:00 PM at 111 North Orange Avenue, 20th Floor, Orlando, Florida 32801.

There being no further business before the meeting, it was on motion duly made, seconded and unanimously carried, adjourned at 8:20 p.m.

Respectfully submitted,

Philip S. Kaprow, Acting Secretary

MINUTES OF THE FEBRUARY 15, 2006 MEETING
OF BOARD OF DIRECTORS OF
MIRABILIS VENTURES, INC.

The meeting of the Board of Directors of Mirabilis Ventures, Inc. convened at 12:25 p.m. on February 15, 2006.

Present at the meeting were Edie Curry (appearing by telephone), Dr. Robert Pollack, James V. Sadrianna, Jason Carlson, and Frank Hailstones, consisting of all of the voting Directors of the Corporation. Also present was Philip S. Kaprow. Absent was Chairman Bruce Walko. James V. Sadrianna was asked to chair the meeting and Philip S. Kaprow acted as Secretary.

Chairman Sadrianna called the meeting to order and stated that a quorum of the Board of Directors was present for the conduct of business.

The Secretary thereafter presented and read a Waiver of Notice to the meeting signed by all of the Directors of the Corporation, which was ordered to be made a part of the Minutes of this meeting.

The minutes from the January 26, 2005 meeting were reviewed, and upon motion duly made, seconded and unanimously carried, the minutes were approved.

The Board of Directors then considered the presentment of committee members for approval, and the following motion was thereafter duly made, seconded and unanimously carried:

**RESOLVED,** that the Executive Committee shall consist of Frank Hailstones, Paul Glover, Richard Berman, and James V. Sadrianna.

**BE IT FURTHER RESOLVED,** that upon commencement of his employment with Mirabilis Ventures, Inc. that Fernando Simos shall also be a member of the Executive Committee.

**BE IT FURTHER RESOLVED,** that the Investment Committee shall consist of James Vandevere, James Sadrianna, Jason Carlson, Richard Berman, and Robert Pollack, MD.

**BE IT FURTHER RESOLVED,** that the Risk/Audit Committee shall consist of Edie Curry.

**BE IT FURTHER RESOLVED,** that the Compensation/Hiring Committee shall consist of Lawrence Haber and Tom Broadhead.

**BE IT FURTHER RESOLVED,** that the Global Development Committee shall consist of Hans Beyers and Linda Duncan.

**BE IT FURTHER RESOLVED,** that each committee shall provide, not more than seven days prior to each regularly scheduled board meeting a committee report which shall identify decisions which the committee requires from the board, issues to be advised on by the board, and

requests for information from the board.  Not more than two (2) days prior to each regularly scheduled board meeting, the board of directors shall determine which, if any, of the committee chairs shall be required to be present for the committee discussions at the board meeting.

Thereafter upon motion being duly made, seconded and unanimously carried, it was

**RESOLVED,** that the five classes of shares (A, B, P, T, and Z) as identified in the Shareholders Agreement, along with the rights and privileges associated thereto, are hereby re-ratified and affirmed.

**BE IT FURTHER RESOLVED,** that the officers are authorized to issue up to the authorized and outstanding number of shares as identified with the State of Nevada, and in accordance with the limits set forth in the Shareholder's Agreement, without further action by the Board.

**BE IT FURTHER RESOLVED,** that any third party may expressly rely on this resolution as a representation and warranty that Mirabilis Ventures, Inc. is authorized to issue stock in connection with transactions or other agreements being entered into by Mirabilis Ventures, Inc.

Thereafter upon motion being duly made, seconded and unanimously carried, it was

**RESOLVED** that the following acquisitions undertaken by Mirabilis Ventures, Inc. are hereby ratified, affirmed, and approved

| Corporate Name | Month/Year | Capital Contribution |
|---|---|---|
| Absolute Packaging | 2/06 | Earnout NTE $765,000 |
| DVD Marketing Group, Inc. | 2/06 | $10,000 |

Thereafter upon motion being duly made, seconded and unanimously carried, it was

**RESOLVED,** that in addition to any other Board meetings which are scheduled from time to time, the Board of Directors shall meet, at a minimum on the following dates and in the following locations:

February 15, 2006     Orlando
May 19, 2006          Richmond
August 18, 2006       Minnesota
November 15, 2006     Orlando

Thereafter upon motion being duly made, seconded and unanimously carried, it was

**RESOLVED,** that the Board of Directors, in accordance with §3.17 of the Company Bylaws, create and establish the following committee:

Consulting & Services Committee

**BE IT FURTHER RESOLVED,** that the purpose of the Consulting & Services Committee shall be to oversee the national and international development, roll out and performance of the Mirabilis Ventures, Inc. consulting practice, in particular:

1. Determine Risk Management procedures to protect Mirabilis Ventures, Inc. interests in accepting either or both consulting clients and projects
2. Approve Engagement Guidelines for consulting projects
3. Approve the Mirabilis Ventures, Inc. Consulting Business Plan and monitor performance against it
4. Monitor quality to Mirabilis Ventures, Inc. Quality Standards in executing consulting engagements through reports/ representations from Regional Offices
5. Approve participation and potential investment in new consulting products and solutions.

**BE IT FURTHER RESOLVED,** that Jason Carlson be appointed as the Chairperson of the Consulting & Servicing Committee, and that said Chairperson serve until replaced by the Board or Directors or is otherwise removed from office.

Thereafter, upon motion being duly made, seconded, and unanimously carried, it was

**RESOLVED,** that the actions taken by each director of Mirabilis Ventures, Inc. between January 25, 2006 and February 15, 2006 are hereby ratified and affirmed.

The Board of Directors thereafter discussed and scheduled the next Board of Director's meeting for March 23, 2006 from 12:00 p.m. until 2:00 p.m. at the Orlando Offices of the Corporation.

There being no further business, the Chairman adjourned the meeting at 1:04 p.m.

Respectfully submitted,

Philip S. Kaprow, Acting Secretary

Approved:

James V. Sadrianna, Acting Chairman

MINUTES OF THE MARCH 23, 2006 MEETING
OF BOARD OF DIRECTORS OF
MIRABILIS VENTURES, INC.

The meeting of the Board of Directors of Mirabilis Ventures, Inc. convened at 11:16 a.m. on March 23, 2006.

Present at the meeting were Edie Curry, Dr. Robert Pollack, James V. Sadrianna, Jason Carlson, Bruce Walko, and Frank Hailstones constituting all of the Directors of the Corporation. Chairman Walko headed the meeting and, at the request of Chairman Walko, Philip S. Kaprow acted as Secretary.  Also present was Fernando Simo, Paul Glover, Alan Archer, Richard Berman, Frank Amodeo, Laurie Holtz, Shane Williams, Tom Broadhead, and Philip S. Kaprow.

The Chairman called the meeting to order and stated that a quorum of the Board of Directors was present for the conduct of business.

Upon motion duly made, seconded and unanimously carried, the Minutes from the February 15, 2006 Board of Director meeting were approved.

The board first reviewed the status of all committee work to be completed no later than April 1, 2006.

Thereafter, Frank Amodeo, guest speaker made a presentation to the Board of Directors on the subject of Corporate Governance, Acquisition, and Case Absolute Un-retractable Parameters.

Upon motion duly made, seconded and unanimously carried, the following resolution was carried:

**RESOLVED,** that on or before May 19, 2006, the Risk/Audit Committee present the board with proposed committee members and standard operating procedure for the selection and retention of legal counsel for each region of the Company;

**BE IT FURTHER RESOLVED,** that on or before May 19, 2006, the Compensation/Hiring Committee present the board with proposed changes to the Common Paymaster Employee Handbook and base pay and bonus compensation schedules;

**BE IT FURTHER RESOLVED,** that on or before May 19, 2006, the Executive Committee present the board with proposed standard operating procedure and guidelines for the use of corporate assets and vehicles;

**BE IT FURTHER RESOLVED,** that on or before May 19, 2006, the budgets for the remainder of fiscal year 2006 and a proposed rolling eighteen (18) month budget for Mirabilis Ventures, Inc. and each affiliate and subsidiary companies be presented to the board; and

**BE IT FURTHER RESOLVED,** that, on or before April 15, 2006 Mirabilis Ventures, Inc. shall either enter into a long-term contract with Berman, Kean, & Riguera, P.A. or in

the alternative to identify alternate legal counsel for the provision of general counsel services to Mirabilis Ventures, Inc. and all affiliate and subsidiary companies, and that said contract shall be presented to the board on or before May 19, 2006 for ratification.

The Board then considered the membership of various committees.

Upon motion duly made, seconded and unanimously approved, it was

**RESOLVED,** that the below committees of Mirabilis Ventures, Inc. are comprised of the following individuals and no other:

Executive Committee:   Laurie Holtz, Frank Hailstones, James Sadrianna
Audit/Risk Committee: Richard Berman, Frank Hailstones, Edie Curry-Broadhead
Compensation/Hiring Committee:  Larry Haber, Marty Flynn, Shane Cobb, Tom Broadhead
Investment Committee:  Robert Pollack, MD, Tom Broadhead, Jason Carlson, Frank Hailstones, Paul Glover, Fernando Simo, Horton Johnson, Dan Myers, Richard Berman

**BE IT FURTHER RESOLVED,** that pursuant to the direction of the Class A Common Shareholders, subject to any preferred shareholders rights pursuant to the Company bylaws or shareholders agreement, that the following individuals shall comprise the Board of Directors, with their tenure commencing upon adjournment of this meeting:

Laurie Holtz              Bruce Walko
Richard Berman         Tom Broadhead
Jason Carlson           Edie Curry-Broadhead
James V. Sadrianna    Robert W Pollack, MD
Frank Hailstones

**BE IT FURTHER RESOLVED,** that effective the adjournment of this meeting that Bruce Walko shall remain on the board, but shall yield his position as chairman to Laurie Holtz who shall thereafter be the new, full voting and participant chairman of the Board.

**BE IT FURTHER RESOLVED,** that effective the adjournment of this meeting, that Edie Curry-Broadhead shall become the Vice-Chair of Mirabilis Ventures, Inc.

The board next considered, and upon motion duly made, seconded, and unanimously approved the following:

**RESOLVED,** that the April 3, 2006 evening meeting by Frank Hailstones, is hereby authorized, ratified and approved;

**BE IT FURTHER RESOLVED,** that the April 7, 2006 Orlando Magic event is hereby authorized, ratified and approved;

**BE IT FURTHER RESOLVED**, that the development of a relationship with Continuum Enterprises as a preferred vendor provider is hereby authorized, ratified, and approved;

**BE IT FURTHER RESOLVED**, that the investment committee is authorized to commit $8,000,000 for acquisitions in April, 2006 and $8,000,000 for acquisitions in May, 2006, with the closings to take place on those acquisitions in subsequent months.

Thereafter the Board considered, and upon motion duly made, seconded, and unanimously approved it was:

**RESOLVED**, that the Consulting Agreement between AQMI Strategy Corporation and Mirabilis Ventures, Inc. for the consultation on discretionary bonuses is hereby ratified and approved.

Thereafter the Board considered, and upon motion duly made, seconded, and unanimously approved it was:

**RESOLVED**, that the following exception letters, tentatively approved by the Executive Committee are hereby ratified, affirmed, and approved:

| Date | Name |
|------|------|
| 1/25/06 | Fernando Simo |
| 1/27/06 | Jason Brownell |
| 1/31/06 | Michael Stanley |
| 2/13/06 | F.S. Winsett |
| 2/22/06 | Kellie Ledbetter |
| 2/22/06 | David Chaviers |
| 2/22/06 | Tom Hancock |
| 2/26/06 | Mark Lang |
| 2/25/06 | Lyle Gluck |
| 3/1/06 | Aaron Bates |
| 3/10/06 | Scott Fender |
| 3/15/06 | Steve Zadrick |
| 3/15/06 | Michael Hering |
| 3/18/06 | Sophie Kaye |
| 3/18/06 | Caprice LaCroix |
| 3/18/06 | Michael Miller |
| 3/18/06 | Daniel Mule |
| 3/18/06 | Sheri Pasqual |
| 3/18/06 | Carol Ruiz |
| 3/20/06 | Ronald Harrigan |
| 3/21/06 | James E. Abbott |
| 3/21/06 | Angelo J. Miceli |
| 3/22/06 | Jenny Freeman |
| 3/22/06 | Gregory Wolbers |
| 3/22/06 | Kelli M. Slaughter |

| 3/22/06 | Nancy A. Adams |
|---------|----------------|

**BE IT FURTHER RESOLVED**, that future exception letters be approved by the Risk/Audit Committee and ratified by the Board of Directors.

Thereafter, the Board considered, and upon motion duly made, seconded, and unanimously approved it was:

**RESOLVED**, that the following are entities created by Mirabilis Ventures, Inc., the creation and maintenance of which are hereby ratified, affirmed, and approved:

| Corporate Name | Month/Year |
|----------------|------------|
| Centerpoint CS, LLC | 1/06 |
| Lake Suites Hotel, Inc. | 3/06 |
| Mirabilis Baseball, LLC | 1/06 |
| Common Paymaster III Corporation | 2/06 |
| Common Paymaster H Corporation | 3/06 |
| Investment Title Services, Inc. | 3/06 |
| Statim Satelite Corporation | 1/06 |

Thereafter the board considered, and upon motion duly made, seconded, and unanimously approved it was:

**RESOLVED**, that the following acquisitions and capital expenditures undertaken by Mirabilis Ventures, Inc. are hereby ratified, affirmed, and approved:

| Corporate Name | Month/Year | Capital Expenditure |
|----------------|------------|---------------------|
| Centerpoint CS, LLC | 3/06 | Non-monetary consideration |
| SecureSolutions, LLC | 3/06 | $940,000.00 |
| RF Scientific, Inc. | 3/06 | $350,000.00 |
| It's Your Move, Inc. | 3/06 | $20,000.00 |
| LTSS, LLC | 3/06 | $1,250,000.00 |
| Hancock Group, LLC | 2/06 | $2,500,000.00 |
| Auke Hempenius Enterprises, Inc. | 2/06 | $9,000.00 |
| 3801 Carolina Avenue | 3/06 | $171,512.78 |
| World Wrestling Legends, LLC | 2/06 | $200,000.00 |
| Nexia Strategy, LTD | 2/06 | $150,000.00 |
| Lake Ellen | 3/06 | $100,000.00 |
| Premier HR, Inc. | 2/06 | $600,000.00 |
| Hendricks | 2/06 | $2,347,196.39 |

Thereafter the Board considered, and upon motion duly made, seconded, and unanimously approved it was:

**RESOLVED,** that the Agreement between AQMI Strategy Corporation and Mirabilis Ventures, Inc. dated November 1, 2004 for consultation services, be restated and ratified.

Thereafter, the Board considered, and upon motion duly made, seconded, and unanimously approved it was:

**RESOLVED,** that the actions taken by each director of Mirabilis Ventures, Inc. between February 15, 2006 and March 23, 2006 are hereby ratified and approved.

Thereafter there was a presentation by the Acquisition Division regarding the status of all projects being currently considered for acquisition by the Company.

Thereafter there was a presentation by Laurie Holtz on the subject of Business Alignment and Control.

The next meeting of the Board of Directors was then scheduled for May 19, 2006 at 12:00 PM at a location to be determined not less than ten (10) days before the meeting.

There being no further business before the meeting, the meeting was adjourned at 1:13 p.m.

Respectfully submitted,

Philip S. Kaprow, Acting Secretary

Approved:

Bruce Walko, Chairman

## MINUTES OF THE MAY 19, 2006 MEETING
## OF BOARD OF DIRECTORS OF
## MIRABILIS VENTURES, INC.

The meeting of the Board of Directors of Mirabilis Ventures, Inc. convened at 12:25 p.m. on May 19, 2006.

Present at the meeting were Chairman Laurie Holtz, Vice-Chair Edie Curry, Dr. Robert Pollack, James V. Sadrianna, Jason Carlson (via telephone), Bruce Walko, Frank Hailstones, Richard Berman, and Tom Broadhead constituting all of the Directors of the Corporation. Chairman Holtz headed the meeting and, at the request of Chairman Holtz, Philip S. Kaprow acted as Secretary.  Also present were Fernando Simo, Frank Amodeo, Glenn Thompson, Linda Thompson, and Philip S. Kaprow.

The Chairman called the meeting to order and stated that a quorum of the Board of Directors was present for the conduct of business.

Upon motion duly made, seconded and unanimously carried, the Minutes from the March 23, 2006 Board of Director meeting were approved.

The Chairman then provided a report regarding the Nexia Certification Program.

Thereafter, Frank Amodeo, guest speaker made a presentation to the Board of Directors on the importance of performance in addition to loyalty as corporate factors in retention.

Thereafter progress on the projects which had May 19, 2006 deadlines were discussed, and upon motion duly made, seconded, the following resolution was unanimously carried:

RESOLVED, that at the next board meeting, the following committees shall give reports on their respective projects:  Risk/Audit, Compensation/Hiring, Executive;

BE IT FURTHER RESOLVED, that the budget schedule shall be discussed as an agenda item for the next board meeting;

BE IT FURTHER RESOLVED, that copies of the contracts with Berman, Kean, & Riguera, P.A. shall be provided to the Board at the next board meeting; and that the Executive Committee prior to the board meeting shall convene, and if appropriate, recommend ratification of the contracts to the Board;

Thereafter the composition of the standing committees were discussed, and upon motion duly made, seconded, the following resolution was unanimously carried:

BE IT RESOLVED, that the Executive Committee shall add the following individuals to the Committee:  Fernando Simo, Richard Berman, Edie Curry-Broadhead;

BE IT FURTHER RESOLVED, that the Investment Committee shall remove the

following individuals from the Committee: Paul Glover, Dan Myers;

BE IT FURTHER RESOLVED, that the Investment Committee shall add the following individuals to the Committee: Shane Williams, Jim Vandevere;

Thereafter the board discussed the schedule for the issuance of shares and issuance of bonus monies, to be completed by the next Board Meeting.

Thereafter the board discussed acquisitions, new entities, exception letters, and directors actions, and upon motion duly made, seconded and unanimously carried:

RESOLVED, that the following acquisitions undertaken by Mirabilis Ventures, Inc. are hereby ratified, affirmed, and approved:

| Corporate Name | Month/Year | Capital Contribution |
|---|---|---|
| It's Your Move | 3/06 | $20,000.00 |
| Venture Resources, Inc. | 3/06 | $500,000.00 |
| The Lieb Group, LLC | 3/06 | $463,933.14 |
| Winpar Hospitality Chattanooga, LLC | 3/06 | $3,100,000.00 |
| Carolina Avenue Building, Richmond | 5/06 | $1,400,000.00 |

BE IT FURTHER RESOLVED, that the following are entities created by Mirabilis Ventures, Inc., the creation and maintenance of which are hereby ratified, affirmed, and approved:

| Corporate Name | Month/Year |
|---|---|
| CHS of America, Inc. | 3/06 |
| HR Remedies, Inc. | 4/06 |
| SIPS Team USA, Inc. | 4/06 |
| Kevin Munroe Consulting, LLC | 5/06 |

BE IT FURTHER RESOLVED, that the following exception letters, tentatively approved by the Executive Committee are hereby ratified, affirmed, and approved:

| Name | Date |
|---|---|
| Robert E. Leib | 04/01/06 |
| Michael A. O'Sullivan | 04/01/06 |
| Marc Plaisted | 04/01/06 |
| Laurie S. Holtz | 04/01/06 |
| Larry Childers | 04/06/06 |
| Tony Bruno | 04/12/06 |

| Jeffrey Burns | 04/12/06 |
|---|---|
| Edgar Allen | 04/12/06 |
| Felix Alvardo | 04/18/06 |
| Kelly Tomeo | 04/19/06 |
| Angela West | 04/25/06 |
| Shane Cobb | 04/25/06 |
| Thomas M. Batchelor | 05/03/06 |
| Natalia Warren | 05/03/06 |
| Georges Vilches | 05/03/06 |
| Dr. Walter F. Smith, Jr. | 05/05/06 |
| Charles Saba*** | 05/05/06 |
| Matthew Jennings | 05/11/06 |
| Gary E. Oksutcik*** | 05/14/06 |

*** still being negotiated

**BE IT FURTHER RESOLVED**, that the actions taken by each director of Mirabilis Ventures, Inc. between March 23, 2006 and May 19, 2006 are hereby ratified and affirmed.

The Board then discussed the merits of seeking an outside valuation of the shares of stock to determine (a) its currently stated value, (b) its actual value, and (c) reasonable expectations for a stock recipient. Richard Berman and Frank Hailstones volunteered to speak with an outside valuation firm and report back at the next meeting.

The next meeting of the Board of Directors was then scheduled for June 13, 2006.

There being no further business before the meeting, the meeting was adjourned at 2:31 p.m.

*After the meeting and prior to the completion of minutes, the Board of Directors canceled the June 13, 2006 meeting, and it will be rescheduled for July 2006, at a date, time, and location to be determined.*

Respectfully submitted,

Philip S. Kaprow, Acting Secretary

Approved:

_____

Laurie Holtz, Chairman

## MIRABILIS VENTURES, INC.
### A NEVADA CORPORATION

**UNANIMOUS WRITTEN CONSENT OF BOARD OF DIRECTORS**

The undersigned persons, constituting all of the members of the Board of Directors (the "Board") of **MIRABILIS VENTURES, INC.**, a Nevada corporation (the "Corporation"), hereby adopt the following written resolutions in accordance with NRS 78.035, 78.195 and 78.196.

**NOW, THEREFORE, BE IT HEREBY:**

**RESOLVED,** that the Board hereby accepts the election thereof by the shareholders and authorizes the following persons to serve as Directors of the Company commencing January 1, 2007 and continuing thereafter until such time as their successors have been nominated, qualified, and appointed:

| | |
|---|---|
| Laurie Holtz | Chairman of the Board |
| Richard Berman | Director |
| Jason Carlson | Director |
| Frank Hailstones | Director |
| Fernando Simo | Director |
| Bill Walsh | Director |

and be it;

**RESOLVED,** that the Articles of Incorporation Article IV be amended as follows:

Mirabilis Ventures, Inc. (the "Company") has been authorized to issue seventy-five thousand (75,000) shares of Class A capital common stock ("Black Stock" or "Black Shares") with no par value, six million (6,000,000) shares of Class B preferred stock ("Green Stock" or "Green Shares") with no par value, one million (1,000,000) shares of Class P preferred stock ("Gold Stock" or "Gold Shares") with no par value, four hundred thousand (400,000) shares of Class T preferred stock ("Platinum Stock" or "Platinum Shares") with no par value, and twelve million (12,000,000) shares of Class Z preferred stock ("Blue Stock" or "Special Preferred Stock" or "Blue Shares") with no par value; (collectively, the "Shares"), and be it

**FURTHER RESOLVED,**

**IN WITNESS WHEREOF,** the members of the Board of Directors of the Corporation have executed this Unanimous Written Consent of the Board of Directors of Mirabilis Ventures, Inc., a Nevada corporation, effective as of the 15th day of December, 2006.

_____
Laurie S. Holtz

_____
Jason W. Carlson

_____
Frank Hailstones

_____
Robert Pollack

_____
James V. Sadrianna

_____
Richard Berman

_____
Tom Broadhead

_____
Bruce Walko

## MINUTES OF SPECIAL MEETING OF BOARD OF DIRECTORS
## OF MIRABILIS VENTURES, LLC, HELD ON DECEMBER 28, 2006

A Special Meeting of the Board of Directors was held at 11:00 a.m. EST on December 28, 2006. Present at the meeting in person were Chair Laurie Holtz, Director Richard Berman and Director Bill Walsh. Present by telephone were Director Frank Hailstones, Director Jason Carlson and Director Fernando Simo. Also present by invitation, by telephone, was the Company's General Counsel, Mark Bernet.

The Chair called the meeting to order. Notice was waived, the reading of the minutes of the last meeting of the Board was waived. Mr. Bernet acted as secretary for the meeting.

Mr. Bernet suggested the following agenda for the meeting:

• A report from Mr. Walsh and Mr. Hailstones concerning their conversation of December 22, 2006, with Frank Amodeo, relating to the funding issues of the Company.

• A discussion concerning a potential $9 million tax credit held by AEM, Inc., and Marty Flynn's request that a portion of that credit be used to pay delinquent taxes owed by SecureSolution.

• A discussion concerning the issuance of "target" letters by the United States Attorney to Marty Flynn, Bob Palumbo, Bob Konicki, Dan Meiers and Bob Curry.

• A discussion concerning the status of the sale of the PEO assets.

Mr. Holtz began the discussion concerning the sale of the PEOs. He raised some concern over the value of the assets, but he acknowledged that obtaining accurate valuations quickly is not possible, certainly not before the scheduled closing. He is concerned that there may be significant tax liabilities owed by the MVI PEOs, but the extent isn't known, although he acknowledged that most of the PEO assets being sold appear to be owned by the Wellington companies. Mr. Bernet reported that in his conversation with Mike Stanley prior to the Board's meeting, Stanley reported that he could not value the companies.

Holtz said that the PEO sales are another example of the control that Frank Amodeo has over MVI. Holtz said that Mr. Amodeo has always had control of MVI, but that he was to turn control of MVI over to professional business managers and an independent board of directors. So far, this has not happened, but the current Board needs to take steps to assure that it occurs.

Mr. Holtz acknowledged that the Board has previously approved the sale of the PEOs and that it cannot "undo" that authorization without subjecting the company to significant damage claims. On the other hand, the Board has not been advised of the status of the sales. Mr. Holtz believes that there should be no more surprises, and he

suggested that the Board should authorize its general counsel, Mr. Bernet, to investigate and ask detailed questions about not only the PEO sales but also about the other assets that are owned by MVI, and other deals in which MVI has been or is involved. Mr. Holtz reiterated that MVI should not seek to avoid the PEO sales, but that it must have its questions addressed.

Mr. Holtz then announced that, given the cash flow projections of the Company for 2007, he did not feel justified in accepting his $300,000 annual compensation, and he advised that he has submitted a letter to Mr. Walsh requesting that he not receive further compensation until he advises otherwise. For personal financial reasons, Mr. Holtz also tendered his 4,750 shares of MVI Green stock to Mr. Walsh, with the request that the shares be returned to the treasury of the company. Copies of Mr. Holtz's letters and of his stock certificate (the original of which was given to Mr. Walsh) are attached to these minutes. Mr. Berman also provided letters to Mr. Walsh advising (i) that he wished to receive no further compensation from the Company until further notice, (ii) that he resigned as the company's secretary, effective immediately; and (iii) that he tendered his 4,750 shares of MVI stock to the Company. Copies of Mr. Berman's letters and of his Stock Power of Attorney are attached to these minutes. Mr. Holtz noted that by virtue of these actions the Company would have at least $45,000 less in monthly obligations, some of which he suggested should be allocated to the senior employees. Mr. Walsh suggested that Mr. Bernet should be appointed as the new corporate secretary. Mr. Bernet said that he would let the Board know on 12/29/2006 if he will accept such an appointment.

Mr. Hailstones agreed that the Board must be involved in the sale of the assets of the PEOs it owns. There was a general discussion concerning whether the value of $21 million for those assets was fair. Mr. Holtz said that MVI must consider that the entire sale price of $220MM for the entire sale transaction (which includes the MVI PEO asset sales and the Presidion PEO asset sales) is a fair price, but that the sellers should agree to a post-losing "true-up" at which valuation issues would be addressed and corrected, if necessary.

The Board then resolved that it would direct Mr. Bernet to participate in the PEO sales to determine the structure and status, and to report back to the Board. Mr. Holtz emphasized again that he did not believe that the sale authority should be rescinded. The resolution passed unanimously.

Mr. Holtz and Mr. Berman then led a discussion concerning the Board's need for further information concerning its assets and the transactions in which it is involved. Mr. Holtz suggested that the Board should develop a list of questions to ask Mr. Amodeo.

Mr. Walsh then led a discussion concerning the meeting last week involving Mr. Walsh, Mr. Hailstones and Mr. Amodeo. Mr. Walsh stated that Mr. Amodeo agreed that after December 31, 2006, MVI will control all of its bank accounts, and that only MVI would be permitted to commit MVI to any transactions. Mr. Walsh told Mr. Amodeo that MVI has a cash need of approximately $17 million for 2007, in response to which Mr. Amodeo suggested that Titanium would retain SimDag until at least April 1, since most of its funding needs would be fulfilled by that time. Even with that adjustment,

MVI will be at negative $2 million by Q12007, and negative $6 million by Q42007. Mr. Walsh said that Mr. Amodeo agreed to cover the cash shortfall for a 6 month period. Mr. Walsh also said that Mr. Amodeo had requested a meeting with Mr. Holtz, Mr. Berman and Mr. Walsh after the Board meeting was concluded.

Mr. Berman reported that he has $1.9 million in his law firm's trust account, relating to the Bella Costa transaction. Because SimDag will not become a part of MVI by the scheduled closing date of the Bella Costa deal, Mr. Berman requested directions with respect to those funds.

Mr. Simo inquired about the Lake Worth transaction. Mr. Walsh reported that he personally inspected the project and that he saw no value in the project. SimDag had intended to purchase the project for roughly 25 cents on the dollar. Again, if MVI does not acquire SimDag until 2Q2007, this transaction is not MVI's concern.

Mr. Holtz said the he would prefer that Mr. Bernet accompany him, Mr. Walsh and Mr. Berman to their meeting with Mr. Amodeo.

The meeting was adjourned at 1:00 pm.

Dated as of December 28, 2006.


Mark J. Bernet, Acting Secretary

3

## MINUTES OF THE JANUARY 17, 2007 SPECIAL MEETING
## OF THE BOARD OF DIRECTORS OF MIRABILIS VENTURES, INC.

AT A SPECIAL MEETING of the Board of Directors held on January 17, 2007:

Present in person were directors Fernando Simo, Bill Walsh, Frank Hailstones and Jason Carlson, present by telephone were directors Laurie Holtz and Richard Berman.

Also present as an invited guest was the Company's General Counsel, Mark Bernet.

Mr. Holtz, as Chair, called the meeting to order.  The Directors waived formal notice and also waived the reading of the minutes of the last meeting of the Board.

Mr. Simo explained that the original purpose of the meeting was to discuss the changed circumstances regarding the Board's prior resolution, passed in its December 14, 2006 meeting, authorizing the sale of certain PEO companies and/or assets.   Mr. Simo summarized that the transaction that had been approved by the December 14, 2006 resolution was not the transaction that had occurred or that is in the process of occurring.  Mr. Simo explained that AEM, Inc., a subsidiary of the Company, had acquired a substantial amount of PEO assets from a company known as BCA, Inc. (as opposed to AEM, Inc. selling its PEO assets to a company called PaySource, Inc., as had been contemplated earlier).

Mr. Bernet reported that he had not been able to locate any documents that implemented the particular transaction described by Mr. Simo, but that he also understood from his investigation that AEM had acquired PEO assets from BCA, and that AEM either owned or was at least managing over $600 million in PEO assets.   Mr. Bernet said that he is not aware of the particulars of the reported transaction, but has been told by Frank Amodeo and others that under the transaction AEM will make significant payments to BCA for the benefit of the IRS, to be applied to the "legacy" tax obligations of the Paradyme, Presidion and SunShine Companies.

Mr. Simo stated that based on current estimates, AEM's current value is approximately $250 million and, after excluding $75 – 140 million as legacy tax debts (which would not be owed by AEM), there is significant value to the shareholders of the Company.

Mr. Hailstones said that as matters now stand, we cannot confirm that the transaction as explained has occurred (Mr. Bernet said that in his investigation he could not locate the particular documents).  He therefore suggested that Mr.

Bernet investigate the matter further and then report back to the Board.   Mr. Bernet said that he is in the midst of an investigation of all of the PEO transactions but that he would focus on the particular transactions at issue.

Mr. Bernet explained that the transaction is in reality one in which the AEM board would need to act, and that the Company's Board would not be involved.

Mr. Simo then explained that the Board is increasingly concerned that it does not have control over its affairs.   Mr. Holtz and Mr. Hailstones reminded the Board that they had prepared draft questions with the intention of having them presented to Mr. Amodeo, but that to date the questions have not been presented.   Mr. Bernet noted that presenting the questions to Mr. Amodeo first would entail a lengthy meeting and then a substantial amount of time locating and reviewing the documents that Mr. Amodeo will reference in his responses. Mr. Hailstones noted that it is incumbent on the Board to at least attempt to identify all of its obligations (whether arising under employment agreements with Common Paymaster Corporation, guaranties, etc.) and then to try to deal with them.   Mr. Bernet reported that to date he is simply responding to issues as they arise, and that the only way to attempt to assemble all of the obligations to which Mr. Hailstones referred would be to continue to attempt to investigate and locate. Mr. Bernet noted that the Directors should have no personal liability for any of the obligations of the Company.   Mr. Berman noted that the Company has D & O insurance, although it isn't clear that it would cover *ultra vires* actions by former officers and directors.   Mr. Hailstones said that he will re-send the list of questions he and Mr. Holtz had developed to Mr. Bernet, so that they can be put into a proper format, supplemented and then provided to Mr. Amodeo.

Mr. Simo said that Mr. Amodeo wants to meet with the Board on January 30, 2007, presumably to announce that he will exercise formal control over the company.   He wants to meet with Mr. Holtz and Mr. Berman in advance of January 30.

Mark J. Bernet
Acting Secretary

Dated:  January 19, 2007

**WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF
MIRABILIS VENTURES, INC., A NEVADA CORPORATION,
IN LIEU OF A MEETING**

The undersigned, constituting all of the Board of Directors of Mirabilis Ventures, Inc., a Nevada corporation (the "Corporation"), hereby make the following written statement pursuant to, and in accordance with, Nevada Law, in lieu of holding a meeting of the Board of Directors, and hereby adopt the following corporate actions:

**RESOLVED,** that the remaining member of the Board of Directors does hereby acknowledge and accept the resignations of Frank Hailstones, William Walsh, Jason Carlson, Laurie Holtz and Richard E. Berman as directors of the Corporation, effective as of the date of their resignation letters or as of the date of these resolutions, whichever is sooner, and be it;

**FURTHER RESOLVED,** that in order to fill the vacancies on the Board of Directors, the remaining member of the Board of Directors does hereby appoint the following individuals to serve on the Board of Directors of the Corporation, commencing immediately and continuing thereafter until such time as their successors have been nominated, qualified, elected and/or appointed:

| | |
|---|---|
| Shane Williams | - Director |
| Jay Stollenwerk | - Director |
| Fernando Simo | - Director |

and be it;

**FURTHER RESOLVED,** that the Board of Directors of the Corporation shall consist of a total of Three (3) directors, which shall now constitute the entire Board of Directors of the Corporation, and be it:

**FURTHER RESOLVED,** that any acting officer of the Corporation, or their designee, shall be, and hereby is, authorized, empowered, and directed, in the name of and on the behalf of the Corporation, to take all such additional actions and to execute and deliver such additional agreements, documents and instruments as he or she may deem necessary or appropriate to implement the provisions of the foregoing resolutions, the authority for the taking of such action and the execution and delivery of such agreements, documents, and instruments to be conclusively evidenced thereby.

Dated: March 13, 2007; at 1:00 pm.

**DIRECTORS:**

By: Fernando Simo
Its: Sole Director

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF
## MIRABILIS VENTURES, INC., A NEVADA CORPORATION,
## IN LIEU OF A MEETING

The undersigned, constituting all of the Board of Directors of Mirabilis Ventures, Inc., a Nevada corporation (the "Corporation"), hereby make the following written statement pursuant to, and in accordance with, Nevada Law, in lieu of holding a meeting of the Board of Directors, and hereby adopt the following corporate actions:

**RESOLVED,** that the Board of Directors do hereby acknowledge and accept the resignations of Fernando Simo as President, William Walsh as Treasurer, and Richard E. Berman as Secretary of the Corporation effective as of the date of their resignation letters or as of the date of these resolutions, whichever is sooner, and be it;

**FURTHER RESOLVED,** that the Board of Directors appoint the following individuals to serve as officers of the Corporation commencing immediately on the date hereof and continuing thereafter until such time as their successors have been nominated, qualified, elected and/or appointed:

| | |
|---|---|
| Jodi Jaiman | - President |
| Shane Williams | - Vice President |
| Jay Stollenwerk | - Secretary and Treasurer |

and be it;

**FURTHER RESOLVED,** that the Board of Directors do hereby authorize and approve the removal of Philip Kaprow as Registered Agent and do hereby appoint Mark J. Bernet as Registered Agent, effective immediately. In addition, Jay Stollenwerk, as Secretary, is hereby authorized to file the 2007 Florida Annual Report and amend the October 2006 Nevada Annual List filing on behalf of the Corporation to reflect the changes in officers, directors and Registered Agent, and be it;

**FURTHER RESOLVED,** that any acting officer of the Corporation, or their designee, shall be, and hereby is, authorized, empowered, and directed, in the name of and on the behalf of the Corporation, to take all such additional actions and to execute and deliver such additional agreements, documents and instruments as he or she may deem necessary or appropriate to implement the provisions of the foregoing resolutions, the authority for the taking of such action and the execution and delivery of such agreements, documents, and instruments to be conclusively evidenced thereby.

Dated: March 13, 2007; at 1:30 pm.

**DIRECTORS:**

Fernando Simo, Director

Jay Stollenwerk, ██ Director

Shane Williams, Director

# MIRABILIS VENTURES, INC.

## ACTION BY WRITTEN CONSENT
## IN LIEU OF A BOARD OF DIRECTORS MEETING

On this the 17th day of May, 2007, and pursuant to the authority of Nevada Statutes, the undersigned, constituting all of the Directors of MIRABILIS VENTURES, INC., a Nevada corporation (the "Corporation"), do hereby affirmatively vote for, consent to, adopt and approve the following resolutions by written consent in lieu of a Board of Directors meeting.

BE IT RESOLVED, that the Board of Directors do hereby authorize the removal of Dan Myers, and any other person who may be a signatory on any bank account of the Corporation prior to the date of these resolutions, as signatory on any and all bank accounts of the Corporation, effective immediately; and be it,

FURTHER RESOLVED, that the Board of Directors do hereby authorize, approve and appoint Jay Stollenwerk, Treasurer of the Corporation, as the only bank signatory on any and all bank accounts of the Corporation, and to take all such actions that he deems necessary in connection with the bank accounts of the Corporation, effective immediately; and be it,

FURTHER RESOLVED, that the Board of Directors do hereby authorize Jay Stollenwerk to open or close any and all banking accounts on behalf of the Corporation; and be it,

FURTHER RESOLVED, that the Board of Directors do hereby expressly agree that the Corporation shall indemnify and hold Jay Stollenwerk harmless from any and all actions, claims, liabilities and causes of actions of any kind or nature which may be asserted against Jay Stollenwerk in connection with his services on behalf of the Corporation; and be it,

FURTHER RESOLVED, that any of the officers and/or directors of the Corporation are hereby authorized and directed in the name of, and on behalf of, this Corporation to take any and all such actions as they shall deem necessary or advisable to carry out the foregoing resolutions.

Dated:  May 17, 2007.


DIRECTORS:


By: _____          By: _____
Jay Stollenwerk, Director                      Shane Williams, Director

## MIRABILIS VENTURES, INC.

### ACTION BY WRITTEN CONSENT
### IN LIEU OF A BOARD OF DIRECTORS MEETING

On this the 10th day of September, 2007, pursuant to the authority of the Nevada Revised Statutes, the undersigned, constituting all of the Directors of Mirabilis Ventures, Inc., a Nevada corporation (the "Corporation"), do hereby affirmatively vote for, consent to, adopt and approve the following resolutions by written consent in lieu of a Board of Directors meeting.

**WHEREAS,** the Corporation purchased 100% of the issued and outstanding shares of common stock of North American Communications, Inc., a Utah corporation ("NACI") from Wellington Capital Group, Inc. the sole shareholder at that time, pursuant to that certain Stock Purchase Agreement dated August 31, 2006;

**WHEREAS,** the Board of Directors resolutions authorizing and approving the purchase of NACI at that time have been lost or misplaced;

**WHEREAS,** the Board of Directors now desire to execute the following resolutions authorizing that certain NACI Stock Purchase Agreement; and,

**NOW, THEREFORE:**

**BE IT RESOLVED,** that the form, terms and conditions of that certain Stock Purchase Agreement dated August 31, 2006 for the sale of 100% of the issued and outstanding shares of common stock of NACI, by and among the Corporation and Wellington Capital Group, Inc., and the transactions contemplated thereby, be and hereby is in all respects authorized, approved, ratified and adopted by the Board of Directors; and be it,

**FURTHER RESOLVED,** that the Board of Directors do hereby agree to modify and correct the prior Board of Directors resolutions dated May 4, 2007 as follows: the Board of Directors hereby remove Gary E. Oksutcik as the registered agent of the Corporation, effective immediately, and the Board of Directors shall appoint a new registered agent as soon as commercially reasonable after the date of these resolutions; and be it,

**FURTHER RESOLVED,** that any acting officer or director of the Corporation, or their designee, shall be, and hereby is, authorized, empowered, and directed, in the name of and on the behalf of the Corporation, to take all such additional actions and to execute and deliver such additional agreements, documents and instruments as he or she may deem necessary or appropriate to implement the provisions of the foregoing resolutions, the authority for the taking of such action and the execution and delivery of such agreements, documents, and instruments to be conclusively evidenced thereby.

Dated:  September 10, 2007.

**DIRECTORS:**

By: _____
Shane Williams, Director

By: _____
Jay Stollenwerk, Director

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF MIRABILIS VENTURES, INC., A NEVADA CORPORATION, IN LIEU OF A MEETING

The undersigned, constituting all of the Board of Directors of Mirabilis Ventures, Inc., a Nevada corporation (the "Corporation"), hereby make the following written statement pursuant to, and in accordance with, Nevada Law, in lieu of holding a meeting of the Board of Directors, and hereby approve, adopt and consent to the following corporate actions:

**RESOLVED**, that the Board of Directors do hereby authorize Frank L. Amodeo to waive the attorney-client privilege of confidentiality, on behalf of and in the name of the Corporation, in connection with Richard E. Berman, Esq. and the law firm of Berman, Kean & Riguera, P.A. ("BKR") representation of the Corporation and its related affiliates and subsidiaries, for the sole and limited purpose of allowing Mr. Berman and BKR to comply with the request for production of documents pursuant to that certain U.S. Attorney's Office grand jury subpoena, and be it;

**FURTHER RESOLVED**, that the Board of Directors do hereby authorize Frank L. Amodeo to waive the attorney-client privilege with Mr. Berman and BKR in connection with their representation of the following subsidiary and/or affiliated companies:

Absolute Packaging Engineered Solutions, LLC
AEM, Inc.
Allstaff Personnel Management, Inc.
Axena, Inc.
BenComp National Corp.
Cadent Administrators, Inc.
Cadent Underwriters, Inc.
Common Paymaster Corporation
Community Health Solutions of America, LLC
Nexia Strategy Corporation
Siren Resources, Inc.
Universal Analytics, Inc.

**FURTHER RESOLVED**, that Frank L. Amodeo and any of the officers or directors of the Corporation are hereby authorized and directed in the name of, and on behalf of, this Corporation to take any and all such actions as they shall deem necessary or advisable to carry out the foregoing resolutions.

Dated: November 21, 2007.

**DIRECTORS:**

By:    Shane Williams
Its:    Director

By:    Jay Stollenwerk
Its:    Director

## MIRABILIS VENTURES, INC.

### ACTION BY WRITTEN CONSENT
### IN LIEU OF A BOARD OF DIRECTORS MEETING

On this the 10th day of September, 2007, pursuant to the authority of the Nevada Revised Statutes, the undersigned, constituting all of the Directors of Mirabilis Ventures, Inc., a Nevada corporation (the "Corporation"), do hereby affirmatively vote for, consent to, adopt and approve the following resolutions by written consent in lieu of a Board of Directors meeting.

**WHEREAS,** the Corporation purchased 100% of the issued and outstanding shares of common stock of North American Communications, Inc., a Utah corporation ("NACI") from Wellington Capital Group, Inc. the sole shareholder at that time, pursuant to that certain Stock Purchase Agreement dated August 31, 2006;

**WHEREAS,** the Board of Directors resolutions authorizing and approving the purchase of NACI at that time have been lost or misplaced;

**WHEREAS,** the Board of Directors now desire to execute the following resolutions authorizing that certain NACI Stock Purchase Agreement; and,

**NOW, THEREFORE:**

**BE IT RESOLVED,** that the form, terms and conditions of that certain Stock Purchase Agreement dated August 31, 2006 for the sale of 100% of the issued and outstanding shares of common stock of NACI, by and among the Corporation and Wellington Capital Group, Inc., and the transactions contemplated thereby, be and hereby is in all respects authorized, approved, ratified and adopted by the Board of Directors; and be it,

**FURTHER RESOLVED,** that the Board of Directors do hereby agree to modify and correct the prior Board of Directors resolutions dated May 4, 2007 as follows: the Board of Directors hereby remove Gary E. Oksutcik as the registered agent of the Corporation, effective immediately, and the Board of Directors shall appoint a new registered agent as soon as commercially reasonable after the date of these resolutions; and be it,

**FURTHER RESOLVED,** that any acting officer or director of the Corporation, or their designee, shall be, and hereby is, authorized, empowered, and directed, in the name of and on the behalf of the Corporation, to take all such additional actions and to execute and deliver such additional agreements, documents and instruments as he or she may deem necessary or appropriate to implement the provisions of the foregoing resolutions, the authority for the taking of such action and the execution and delivery of such agreements, documents, and instruments to be conclusively evidenced thereby.

Dated:  September 10, 2007.

DIRECTORS:

By:  _____        By: _____
       Shane Williams, Director                    Jay Stollenwerk, Director

## MIRABILIS VENTURES, INC.
### ACTION OF DIRECTORS BY WRITTEN CONSENT

Pursuant to the authority of the Nevada General Corporation Law (the "Nevada GCL") and the Bylaws of Mirabilis Ventures, Inc., a Nevada corporation (the "Corporation"), the undersigned, constituting all of the Directors of the Corporation in office, do hereby affirmatively vote for, consent to, adopt, and approve the following resolutions by written consent in lieu of a meeting:

**WHEREAS,** each of Shane Williams and Jay Stollenwerk has submitted a letter of resignation, dated May 27, 2008, resigning from his position as a director of the Company effective as of May 27, 2008 (the "Effective Date"); and

**WHEREAS,** the Board of Directors deems it to be in the best interest of the Corporation to accept the resignations of each of Shane Williams and Jay Stollenwerk, effective as of the Effective Date and to make certain arrangements for the smooth transition of the management of the Corporation upon the effectiveness of such resignations.

**NOW, THEREFORE, BE IT HEREBY RESOLVED,** that the resignation of Shane Williams as a member of the Board of Directors of the Corporation, as evidenced by his letter of resignation to the Corporation, dated May 27, 2008, is hereby accepted as of the Effective Date set forth therein, and the Secretary of this Corporation is hereby instructed to notify Shane Williams of the acceptance of his resignation as of such Effective Date; and be it

**FURTHER RESOLVED,** that the resignation of Jay Stollenwerk as a member of the Board of Directors of the Corporation, as evidenced by his letter of resignation to the Corporation, dated May 27, 2008, is hereby accepted as of the Effective Date set forth therein, and the Secretary of this Corporation is hereby instructed to notify Jay Stollenwerk of the acceptance of his resignation as of such Effective Date; and be it

**FURTHER RESOLVED,** that the undersigned, acting pursuant to Section 3.11 of the Bylaws, and pursuant to Section 78.115 of the Nevada GCL, do hereby fix the number of directors of the Corporation at one (1), effective upon the effectiveness of the resignation of Shane Williams and Jay Stollenwerk on the Effective Date; and be it

**FURTHER RESOLVED,** that this Written Consent be delivered to the Secretary of the Corporation to be filed and kept with the minutes and records of the Corporation.

IN WITNESS WHEREOF, the undersigned have hereunto set their hands as of this 27th day of May, 2008.

_____
Shane Williams

_____
Jay Stollenwerk

_____
Michael E. Moecker

## MIRABILIS VENTURES, INC.
## ACTION OF DIRECTORS BY WRITTEN CONSENT

Pursuant to the authority of the Nevada General Corporation Law (the "Nevada GCL") and the Articles of Incorporation of Mirabilis Ventures, Inc., a Nevada corporation (the "Corporation"), the undersigned, constituting all of the Directors of the Corporation in office, do hereby affirmatively vote for, consent to, adopt, and approve the following resolutions by written consent in lieu of a meeting:

**WHEREAS,** the Board of Directors deems it to be in the best interest of the Corporation that the Bylaws of the Corporation (the "Original Bylaws") be amended as set forth below.

**WHEREAS,** the Board of Directors deems it to be in the best interest of the Corporation to make certain changes related to the management of the Corporation in accordance with such amendments.

**NOW, THEREFORE, BE IT HEREBY RESOLVED,** that Amendment No. 1 to the Bylaws in the form attached as Exhibit A hereto be, and it hereby is, authorized, confirmed and approved in all respects as an amendment to the Original Bylaws of the Corporation; and be it

**FURTHER RESOLVED,** that the undersigned, acting pursuant to Section 3.11 of the Original Bylaws, as newly amended by Amendment No. 1 attached as Exhibit A hereto and adopted herein (the "Amended Bylaws"), and pursuant to Section 78.115 of the Nevada GCL, do hereby fix the number of directors of the Corporation at three (3); and be it

**FURTHER RESOLVED,** that the undersigned, acting pursuant to Section 3.04 of the Amended Bylaws and pursuant to Section 78.335 of the Nevada GCL, hereby elect Michael E. Moecker to serve as the third director of the Corporation, to serve as such until the next election of directors, or until a successor has been selected and qualified or until his earlier death, resignation or removal; and be it

**FURTHER RESOLVED,** that any and all acts relating to the subject matter of the foregoing resolutions performed prior to the passage of the foregoing resolutions by any of the officers of the Corporation be, and they hereby are, ratified, authorized, confirmed and approved in all respects as acts on behalf of the Corporation; and be it

**FURTHER RESOLVED,** that the officers of the Corporation be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to take such actions and to execute, deliver, file, certify and record such documents and instruments as may be deemed by them to be necessary, advisable or appropriate to implement the purposes of the foregoing resolutions, including the filing of any documents which the Corporation or its counsel deems to be necessary, advisable or appropriate, the authority for the taking of such actions and the execution and delivery of such documents and instruments to be conclusively evidenced thereby; and be it

**FURTHER RESOLVED,** that this Written Consent be delivered to the Secretary of the Corporation to be filed and kept with the minutes and records of the Corporation.

IN WITNESS WHEREOF, the undersigned have hereunto set their hands as of this 27th day of May, 2008.

_____
Shane Williams

_____
Jay Stollenwerk

I hereby consent to serve as a Director of the Corporation effective as of May 27, 2008.

_____
Michael E. Moecker

EXHIBIT A

## AMENDMENT NO. 1 TO THE
### BYLAWS
### OF
### MIRABILIS VENTURES, INC. (the "CORPORATION")
### ADOPTED BY WRITTEN CONSENT OF
### THE BOARD OF DIRECTORS OF THE CORPORATION
### DATED OCTOBER 1, 2005 ("THE ORIGINAL BYLAWS")

This Amendment was adopted by resolution of the Board of Directors of the Corporation as of the 27th day of May, 2008.

The Original Bylaws are hereby amended as follows:

1.      Section 3.04 is hereby deleted in its entirety and replaced with the following:

"Section 3.04 VACANCIES.

(a) General Rule.  Vacancies in the Board of Directors, including vacancies resulting from an increase in the number of directors, may be filled by a majority vote of the remaining members of the Board of Directors though less than a quorum, or by a sole remaining director, and each person so selected shall be a director to serve until the next election of directors, and until a successor has been selected and qualified or until his or her earlier death, resignation or removal.

(b) Action by resigned directors.  When one or more directors resigns from the Board of Directors effective at a future date, the directors then in office, including those who have so resigned, shall have power by the applicable vote to fill the vacancies or modify the number of directors pursuant to Section 3.11 hereof, the vote thereon to take effect when the resignations become effective."

2.      Section 3.08 is hereby deleted in its entirety and replaced with the following:

"Section 3.08 QUORUM AND VOTING.  A majority of the directors in office shall constitute a quorum for the transaction of business.  The act of a majority of the directors present at a meeting at which a quorum exists shall be the act of the Board of Directors."

3.      Section 3.11 is hereby deleted in its entirety and replaced with the following:.

"Section 3.11 NUMBER OF DIRECTORS. The Board of Directors shall consist of such number of directors, not more than five (5), as may be determined from time to time by resolution of the Board of Directors; provided, however, that the Board of Directors shall consist of not less than one (1) director and no decrease in the number of directors shall have the effect of shortening the term of an incumbent director."

4.    The first paragraph of Section 3.14 is hereby deleted in its entirety and replaced with the following:

"Section 3.14 ACTION WITHOUT A MEETING.   Any action required or permitted by the Articles of Incorporation, these Bylaws or applicable law to be taken at a Board of Directors meeting or a committee meeting, may be taken without a meeting if prior or subsequent to the action, a consent or consents thereto by all of the directors in office or all members of such committee is filed with the Secretary of the Corporation."

5.    Section 9.02 is hereby deleted in its entirety and replaced with the following:

Section 9.02. AMENDMENT OF BYLAWS. These Bylaws may be amended or repealed, or new Bylaws may be adopted, either (i) by vote of the shareholders at any duly organized annual or special meeting of shareholders; provided, however, that any such amendment or repeal or adoption of new Bylaws shall require an eighty percent (80%) vote of all issued and outstanding shares, including, specifically, any amendment to the voting requirement in this Section 9.02(i); and, provided further, that no such amendment or repeal or adoption of new Bylaws shall be valid if the effect of the amendment, repeal or adoption would be violative of any Investor Agreement or Loan Agreement between Mirabilis Ventures, Inc. or its affiliates and the Corporation, or (ii) with respect to those matters which are not by statute reserved exclusively to the shareholders and regardless of whether the shareholders have previously adopted or approved the Bylaw being amended or repealed or replaced, by vote of a majority of the board of directors of the Corporation in office, at any regular or special meeting of directors. Any change in these Bylaws shall take effect when adopted unless otherwise provided in the resolution effecting the change.

6.    Except as specifically modified in this Amendment No. 1, the Original Bylaws remain in full force and effect.



## ACTION BY SOLE DIRECTOR
## OF MIRABILIS VENTURES, INC.

### May 27, 2008

The undersigned, being the sole director of Mirabilis Ventures, Inc., a Nevada Corporation (the "Corporation"), does hereby affirmatively vote for, consent to, and adopt the following recitals and resolutions:

WHEREAS, the undersigned is the sole director of the Corporation; and

WHEREAS, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code; and

WHEREAS, it is in the best interest of the Corporation for R. W. Cuthill, Jr. to be appointed president of the corporation.

NOW, THEREFORE, BE IT RESOLVED, that R. W. Cuthill, Jr. shall be appointed president of the Corporation; and

BE IT FURTHER RESOLVED THAT it is in the best interest of the Corporation to file for protection under chapter 11 of the United States Bankruptcy Code; and

BE IT FURTHER RESOLVED THAT R. W. Cuthill, Jr., president of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

BE IT FURTHER RESOLVED THAT R. W. Cuthill, Jr., president of this Corporation, is authorized and directed to appear in bankruptcy proceedings as necessary on behalf of the Corporation or to direct another representative to appear, and to otherwise do and perform all ordinary course acts and deeds and to execute and deliver all necessary documents on behalf of the

Corporation in connection with such bankruptcy case; and

      **BE IT FURTHER RESOLVED THAT** R. W. Cuthill, Jr., president of this Corporation, is authorized and directed to employ Elizabeth A. Green, of the law firm of Latham, Shuker, Eden and Beaudine, LLP, to act as bankruptcy counsel to the corporation; and

      **BE IT FURTHER RESOLVED THAT** R. W. Cuthill, Jr., president of this Corporation, is authorized to negotiate the terms of the plan of reorganization on behalf of the Corporation; and

      **BE IT FURTHER RESOLVED THAT** during the duration of the Chapter 11, the directors shall not exercise their voting rights to remove R. W. Cuthill, Jr. as president, without express court order, as long as a Chapter 11 Trustee is not appointed in the case, the case is not dismissed, or the case is not converted to a Chapter 7 liquidation under the Bankruptcy Code.

      **IN WITNESS WHEREOF**, the undersigned has hereunto set his hand as the sole director of the Company this 27th day of May 2008.

**I AGREE:**

Michael E. Moecker, **Director**

## WRITTEN CONSENT OF
## THE SOLE DIRECTOR OF
## MIRABILIS VENTURES, INC. a Nevada Corporation

The undersigned, being the sole director of Mirabilis Ventures, Inc., a corporation organized under the laws of the State of Nevada (the "**Corporation**"), does hereby consent to the adoption of the following resolutions:

### Appointment of Secretary and Treasurer:

**WHEREAS,** the Sole Director recommends the appointment of R. William Cuthill, Jr. to serve as Secretary and Treasurer of the Corporation, commencing as of the date of this resolution and continuing until his successor has been duly appointed and qualified, or until his earlier resignation, removal from office or death.

**NOW THERFORE, BE IT RESOLVED,** that R. William Cuthill, Jr., be, and he hereby is appointed as Secretary and Treasurer of the Corporation, effective as of the date of this resolution, and continuing until his successor has been duly appointed and qualified, or until his earlier resignation, removal from office or death.

**IN WITNESS WHEREOF,** the undersigned has executed this Resolution as of the _23rd_ day of April, 2009.

Michael Moecker
Sole Director

## MIRABILIS VENTURES, INC.
## ACTION OF SOLE DIRECTOR BY WRITTEN CONSENT

Pursuant to the authority of the Nevada General Corporation Law (the "Nevada GCL") and the Articles of Incorporation of Mirabilis Ventures, Inc., a Nevada corporation (the "Corporation"), the undersigned, constituting the Sole Director of the Corporation, does hereby affirmatively vote for, consent to, adopt, and approve the following resolutions by written consent in lieu of a meeting:

**WHEREAS**, the Board of Directors deems it to be in the best interest of the Corporation to make certain changes related to the management of the Corporation.

**NOW, THEREFORE, BE IT HEREBY RESOLVED,** that the undersigned, acting pursuant to Section 3.11 of the Bylaws of the Corporation, as amended (the "Bylaws"), and pursuant to Section 78.115 of the Nevada GCL, does hereby fix the number of directors of the Corporation at two (2); and be it

**FURTHER RESOLVED,** that the undersigned, acting pursuant to Section 3.04 of the Bylaws and pursuant to Section 78.335 of the Nevada GCL, does hereby elect R. William Cuthill, Jr. to serve as the second director of the Corporation, to serve as such until the next election of directors, or until a successor has been selected and qualified or until his earlier death, resignation or removal; and be it

**FURTHER RESOLVED,** that the officers of the Corporation be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to take such actions and to execute, deliver, file, certify and record such documents and instruments as may be deemed by them to be necessary, advisable or appropriate to implement the purposes of the foregoing resolutions, including the filing of any documents which the Corporation or its counsel deems to be necessary, advisable or appropriate, the authority for the taking of such actions and the execution and delivery of such documents and instruments to be conclusively evidenced thereby; and be it

**FURTHER RESOLVED,** that this Written Consent be delivered to the Secretary of the Corporation to be filed and kept with the minutes and records of the Corporation.

IN WITNESS WHEREOF, the undersigned has hereunto set his hand as of this 27th day of October_____, 2009.

_____
Michael Moecker

I hereby consent to serve as a Director of the Corporation effective as of October 27_____, 2009.

_____
R. William Cuthill, Jr.

## MIRABILIS VENTURES, INC.
## ACTION OF DIRECTORS BY WRITTEN CONSENT

Pursuant to the authority of the Nevada General Corporation Law (the "Nevada GCL") and the Bylaws, as amended (the "Bylaws"), of Mirabilis Ventures, Inc., a Nevada corporation (the "Corporation"), the undersigned, constituting all of the Directors of the Corporation in office, do hereby affirmatively vote for, consent to, adopt, and approve the following resolutions by written consent in lieu of a meeting:

**WHEREAS,** Michael Moecker has submitted a letter of resignation, dated October 27, 2009, resigning from his position as a director of the Company effective as of October 27, 2009 (the "Effective Date"); and

**WHEREAS,** the Board of Directors deems it to be in the best interest of the Corporation to accept the resignation of Michael Moecker, effective as of the Effective Date and to make certain arrangements for the smooth transition of the management of the Corporation upon the effectiveness of such resignation.

**NOW, THEREFORE, BE IT HEREBY RESOLVED,** that the resignation of Michael Moecker as a member of the Board of Directors of the Corporation, as evidenced by his letter of resignation to the Corporation, dated October 27, 2009, is hereby accepted as of the Effective Date set forth therein, and the Secretary of this Corporation is hereby instructed to notify Michael Moecker of the acceptance of his resignation as of such Effective Date; and be it

**FURTHER RESOLVED,** that the undersigned, acting pursuant to Section 3.11 of the Bylaws, and pursuant to Section 78.115 of the Nevada GCL, does hereby fix the number of directors of the Corporation at one (1), effective upon the effectiveness of the resignation of Michael Moecker on the Effective Date; and be it

**FURTHER RESOLVED,** that the officers of the Corporation be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to take such actions and to execute, deliver, file, certify and record such documents and instruments as may be deemed by them to be necessary, advisable or appropriate to implement the purposes of the foregoing resolutions, including the filing of any documents which the Corporation or its counsel deems to be necessary, advisable or appropriate, the authority for the taking of such actions and the execution and delivery of such documents and instruments to be conclusively evidenced thereby; and be it

**FURTHER RESOLVED,** that this Written Consent be delivered to the Secretary of the Corporation to be filed and kept with the minutes and records of the Corporation.

IN WITNESS WHEREOF, the undersigned has hereunto set his hand as of this 27th day of October, 2009.

R.W. Cuthill, Jr.