010305

## MINUTES OF THE ANNUAL MEETING
## OF BOARD OF DIRECTORS OF
## MIRABILIS VENTURES, INC.

Immediately following the annual meeting of Shareholders of Mirabilis Ventures, Inc., convened at 11:00 A.M. on January 3, 2005, the Directors of Mirabilis Ventures, Inc. met.

Present at the meeting were Jason Carlson, Robert Pollack, and Edie Curry, constituting all of the Directors of the Corporation. Robert Pollack presided as Chairman of the meeting and acted as Secretary.

The reports of the affairs of the Corporation were considered, and the Chairman reviewed the resolutions adopted by the Shareholders at the annual meeting of the Shareholders.

The Chairman called the meeting to order and stated that a quorum of the Board of Directors was present for the conduct of business.

The Secretary presented and read a Waiver of Notice to the meeting signed by all of the Directors of the Corporation, which was ordered to be made a part of the Minutes of this meeting.

The Board of Directors held an election for officers of the Corporation and, upon motion duly made, seconded and unanimously carried, it was:

> RESOLVED, that the persons hereinafter named be and are hereby elected to the following described offices to serve in such capacities until their successors are elected at the next annual meeting and qualified:

> President:         Jason Carlson
> Vice President:    Robert Pollack, MD
> Secretary/Treasurer: Edie Curry

Each of the officers so elected thereupon accepted the office to which he or she was elected as aforesaid.

There being no further business before the meeting, it was on motion duly made, seconded and unanimously carried, adjourned.

Respectfully submitted,

_Robert Pollack, Secretary_

Approved:

_Robert Pollack, Chairman_

Minutes of Annual Meeting of Board of Directors 1-3-05



EXHIBIT 5

010305

Aug 31 05 12:26p     Jason Carlson            651-426-0700            p.2

## WAIVER OF NOTICE OF THE ANNUAL MEETING
## OF THE BOARD OF DIRECTORS OF
## MIRABILIS VENTURES, INC.

The undersigned, being all of the Directors of Mirabilis Ventures, Inc., a Corporation organized under the laws of the State of Nevada, do hereby waive all of the statutory requirements as to notice of the time, place and purpose of the annual meeting of the Directors of said Corporation, and the publication thereof, and consent that the meeting shall be held at the Florida offices of the Corporation on January 3, 2005 at 11:00 A.M. of that day, and consent to the transaction of any and all business that may properly come before said meeting.

Dated: January 3, 2005

_____
Jason Carlson, Director

_____
Robert Pollack, MD, Director

_____
Edie Curry, Director

WAIVER OF NOTICE OF THE ANNUAL MEETING
OF THE BOARD OF DIRECTORS OF
MIRABILIS VENTURES, INC.

The undersigned, being all of the Directors of Mirabilis Ventures, Inc., a Corporation organized under the laws of the State of Nevada, do hereby waive all of the statutory requirements as to notice of the time, place and purpose of the annual meeting of the Directors of said Corporation, and the publication thereof, and consent that the meeting shall be held at the Florida offices of the Corporation on January 3, 2005 at 11:00 A.M. of that day, and consent to the transaction of any and all business that may properly come before said meeting.

Dated: January 3, 2005

_____
Jason Carlson, Director

_____
Robert Pollack, MD, Director

_____
Edie Curry, Director