# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: MIRABILIS VENTURES, INC.,**
**Bankruptcy Case No. 6:08-BK-4327**

_____

**MIRABILIS VENTURES, INC.,**

              **Plaintiff,**

**-vs-**                                 **Case No. 6:09-cv-271-Orl-31DAB**

**RACHLIN COHEN & HOLTZ, LLP and**
**LAURA S. HOLTZ,**

              **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION TO COMPEL ATTENDANCE OF INSURANCE ADJUSTER AT MEDIATION AND FOR SANCTIONS FOR FAILURE TO APPEAR (Doc. No. 74)** |
| **FILED:** | December 1, 2010 |

**THEREON** it is **ORDERED** that the motion is **GRANTED in part** and **DENIED in part**.

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION TO RESCHEDULE MEDIATION IN COMPLIANCE WITH SECTION IV.E OF THE COURT'S CASE MANAGEMENT ORDER (Doc. No. 75)** |
| **FILED:** | December 1, 2010 |

**THEREON** it is **ORDERED** that the motion is **GRANTED in part** and **DENIED in part**. The mediation deadline is extended until February 10, 2011. No further extensions should be sought absent extraordinary good cause, and whether or not the summary judgment ruling has issued.

Although the provisions of the Case Management and Scheduling Order do not require attendance by an insurance representative in general, based on the circumstances of this case as set forth in Plaintiff's Motion, it is **ORDERED** that Defendants' insurance adjuster will be required to attend the mediation for this case and participate in the mediation. To the extent Plaintiff seeks sanctions for Defendants' failure to have an insurance adjuster present at the previous mediation, such relief is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on December 8, 2010.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record