# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: MIRABILIS VENTURES, INC.,**
**Bankruptcy Case No. 6:08-BK-4327**

_____

**MIRABILIS VENTURES, INC.,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:09-cv-271-Orl-31DAB**

**RACHLIN COHEN & HOLTZ, LLP and**
**LAURA S. HOLTZ,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR [UNSPECIFIED] EXTENSION OF TIME TO RESPOND TO MOTION FOR SANCTIONS (Doc. No. 85)** |
| **FILED:** | **December 10, 2010** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff's response to the Motion for Sanctions remains due on December 20, 2010.

**DONE** and **ORDERED** in Orlando, Florida on December 15, 2010.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record