UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IN RE:**

**MIRABILIS VENTURES, INC.**
**Bankruptcy Case No. 6:08-bk-04327-KSJ**
**Adversary Proceeding No. 6:08-ap-223-KSJ**
_____/

**MIRABILIS VENTURES, INC.,**

    **Plaintiff,**

v.                                       **CASE NO. 6:09-cv-271-Orl-31DAB**

**RACHLIN COHEN HOLTZ, LLP, a Florida**
**limited liability partnership n/k/a RACHLIN, LLP;**
**LAURIE S. HOLTZ, an individual,**

    **Defendants.**
_____/

## NOTICE OF CORRECTION OF TYPOGRAPHICAL ERROR

**NOTICE IS HEREBY GIVEN** that Plaintiff, Mirabilis Ventures, Inc., corrects a typographical error in *Plaintiff's Response to Defendants' Motion for Summary Judgment* (Doc. 78, "*Response*"), filed December 6, 2010. In the fourth full sentence of the first paragraph on page four of the *Response*, the citation references the October **5**, 2010 deposition of Yaniv Amar. The reference should have been to the October **14**, 2010 deposition of Mr. Amar at page 94, lines 7-11. Plaintiff apologizes to the parties and the Court for any inconvenience or confusion.

                                        **BROAD AND CASSEL**
                                        Attorneys for Mirabilis Ventures, Inc.
                                        390 North Orange Avenue, Suite 1400
                                        Orlando, Florida  32801
                                        Telephone:  (407) 839-4200
                                        Facsimile:  (407) 425-8377

                              By: _____*/s/ Todd K. Norman*_____
                                        Todd K. Norman, Esquire
                                        Florida Bar No. 0062154
                                        tnorman@broadandcassel.com
                                        Roy S. Kobert, Esquire
                                        Florida Bar No. 777153

rkobert@broadandcassel.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished all parties receiving electronic service and via regular U.S. Mail this 17th day of December, 2010 to: Joseph A. DeMaria, Esquire, Tew Cardenas, LLP, Four Seasons Tower, 1441 Brickell Avenue, Suite 1500, Miami, Florida 33131.

By:     */s/ Todd K. Norman*
Todd K. Norman, Esquire
Florida Bar No. 0062154
tnorman@broadandcassel.com
Roy S. Kobert, Esquire
Florida Bar No. 777153
rkobert@broadandcassel.com

4835-8655-9240.1
43582/0004