**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

MIRABILIS VENTURES, INC.,
Bankruptcy Case No. 6:08-bk-04327-KSJ
_____/
MIRABILIS VENTURES, INC.

        Plaintiff,

v.                                                                    **Case No. 6:09-cv-271-Orl-31-DAB**

RACHLIN COHEN HOLTZ, LLP, a
Florida limited liability partnership n/k/a
RACHLIN, LLP; LAURIE S. HOLTZ, an
individual,

        Defendants.
_____/

## AGREED MOTION TO EXTEND MEDIATION DEADLINE

Defendants MarcumRachlin, a division of Marcum LLP, f/k/a Rachlin Cohen & Holtz, LLP ("Rachlin" or "the Firm") and Laurie S. Holtz (collectively "Defendants"), with the agreement of Plaintiff, respectfully request that this Court extend the mediation deadline by four days and state as follows:

Pursuant to the Magistrate Judge's Order dated December 8, 2010, the Court ordered mediation be completed by Thursday, February 10, 2011. The federal Court selected mediator Gregory Miles. Upon receipt of the Order undersigned counsel contacted Mr. Miles' office. Mr. Miles' schedule was completely booked for January and early February.

Mr. Miles was able to make his schedule available on Monday, February 14, 2011. All parties and their respective representatives have agreed to be available.

Defendants respectfully submit that under the circumstances, this extension is being sought with extraordinary good cause.

## LOCAL RULE 3.01 CERTIFICATION

1. The undersigned has contacted counsel for Plaintiff who agrees to the relief requested herein.

WHEREFORE, Defendants respectfully request that this Court enter an order extending the time by four days to Monday, February 14, 2011, within which to complete mediation.

    Respectfully submitted,

    s/Joseph A. DeMaria
    **Joseph A. DeMaria,**
    Board Certified Specialist-Business Litigation
    Florida Bar No. 764711
    TEW CARDENAS LLP
    1441 Brickell Avenue, 15th Floor
    Miami, Florida 33131
    Telephone: (305) 536-1112
    Facsimile: (305) 536-1116
    Email: jad@tewlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **13th day of January, 2011**, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to **Todd K. Norman, Esquire** (tnorman@broadandcassel.com) and **Roy S. Kobert, Esquire** (rkobert@broadandcassel.com), Broad and Cassel, 390 N.

Orange Avenue, Suite 1400, Orlando, Florida 32801 and by email to **Mediator, Gregory Miles**, Mediate First, Inc. 200 E. Robinson Street Suite 700 Orlando, Fl 32801.

s/Joseph A. DeMaria  
JOSEPH A. DEMARIA, ESQ.

549733.1