# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**IN RE: MIRABILIS VENTURES, INC.,**
**Bankruptcy Case No. 6:08-BK-4327**

---

**MIRABILIS VENTURES, INC.,**

**Plaintiff,**

**-vs-** **Case No. 6:09-cv-271-Orl-31DAB**

**RACHLIN COHEN & HOLTZ, LLP and**
**LAURA S. HOLTZ,**

**Defendants.**

---

## AMENDED
## NOTICE OF TRIAL AND PRETRIAL CONFERENCE

**TAKE NOTICE** that the **final pretrial conference** previously scheduled for MARCH 11, 2011 at 8:30 A.M. is rescheduled to **FRIDAY**, **JUNE 10, 2011** at **8:30 A.M.** and the **jury trial** previously scheduled for APRIL 4, 2011 at 9:00 A.M. is rescheduled to **TUESDAY**, **JULY 5, 2011** at **9:00 A.M.** before the **Honorable Gregory A. Presnell** in **Courtroom No. 5A**, George C. Young U.S. Courthouse and Federal Building, 401 W. Central Boulevard, Orlando, Florida.

DONE and **ORDERED** in Chambers, Orlando, Florida on January 27, 2011.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any Unrepresented Party