**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: MIRABILIS VENTURES, INC.,**
**Bankruptcy Case No. 6:08-BK-4327**

_____

**MIRABILIS VENTURES, INC.,**

                  **Plaintiff,**

**-vs-**                                     **Case No.  6:09-cv-271-Orl-31DAB**

**RACHLIN COHEN & HOLTZ, LLP;**
**LAURA S. HOLTZ; and JOSE I.**
**MARRERO,**

                  **Defendants.**

_____

# AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

In light of the rescheduling of the trial of this matter to the July 5, 2011 trial docket, the Court enters this amended case management and scheduling order:

| | |
|---|---|
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | **MAY 2, 2011** |
| **Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form (with diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form** | **MAY 12, 2011** |
| **All Other Motions Including Motions *In Limine*** | **MAY 30, 2011** |
| **Final Pretrial Conference**                      **Date:** <br>                                          **Time:** <br>                                          **Judge:** | **JUNE 10, 2011** <br> **8:30 A.M.** <br> **Judge Gregory A. Presnell** |
| **Color-coded Deposition Designations** | **JUNE 27, 2011** |
| **Trial Term Begins** | **JULY 5, 2011** <br> **at 9:00 A.M.** |

| | |
|---|---:|
| **Estimated Length of Trial** | **5 days** |
| **Jury/Non Jury** | **Jury** |

     **DONE** and **ORDERED** in Orlando, Florida on November 9, 2009.

Copies to:    United States Magistrate Judge
                All Counsel of Record
                All *Pro Se* Parties

                                          GREGORY A. PRESNELL
                                   UNITED STATES DISTRICT JUDGE