**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

MIRABILIS VENTURES, INC.,
Bankruptcy Case No. 6:08-bk-04327-KSJ
_____________________________________/
MIRABILIS VENTURES, INC.

Plaintiff,

**Case No. 6:09-cv-271-Orl-31GAP-DAB**

v.

RACHLIN COHEN & HOLTZ, LLP, a Florida limited liability partnership n/k/a RACHLIN, LLP; and LAURIE S. HOLTZ, an individual,

Defendants.
_____________________________________/

**AGREED MOTION TO RESCHEDULE THE**
**JUNE 10, 2011 PRETRIAL CONFERENCE**

Defendants MarcumRachlin, a division of Marcum LLP, f/k/a Rachlin Cohen & Holtz, LLP ("Rachlin" or "the Firm") and Laurie S. Holtz ("Mr. Holtz"), hereby file this Agreed Motion to Reschedule the June 10, 2011 Pretrial Conference, and state as follows:

1. On January 27, 2011 the Court rescheduled the trial and pre-trial conference in this case DE #100. The pretrial conference has been rescheduled to June 10, 2011 at 8:30 a.m. The Court also entered an Amended Case Management Order that scheduled the June 10 pre trial conference. DE # 101.

2. Undersigned counsel, Joseph A. DeMaria, is lead trial counsel for the Defendants in this case. Mr. DeMaria is a member of the Board of Trustees for his alma mater, St. Bonaventure University, in upstate New York. He is scheduled to attend a Board of Trustees meeting and Committee meetings on June 10, 2011. He is scheduled to fly to upstate New York on June 9 to attend those meetings and would be returning on June 12.

3. Mr. DeMaria respectfully requests the Court to reschedule the pretrial conference before June 9 or after June 13 so that he can attend this Board meeting. Undersigned counsel has conferred with Todd Norman, Esq., lead trial counsel for Plaintiff and both lead trial counsel are available May 31 to June 3 and June 14 to June 17 to accommodate this request.

5. Upon reviewing the Amended Case Management Order, undersigned counsel realized that this case now is on the same pretrial and trial schedule as a related case, Mirabilis Ventures, Inc. v. Richard E. Berman, et al., Case No. 6:09-cv-175-Orl-31DAB (the "Berman case.") The Case Management Order in the Berman case also scheduled the pretrial conference for June 10, 2010 at 8:30 a.m. [D.E. 35].

6. Undersigned counsel conferred with Mr. Norman and David Keller, Esq., lead trial counsel for the defendants in the Berman case, about the fact that both cases are now on the same pretrial schedule and that we should try to have both cases scheduled for the same pretrial conference. Mr. Keller checked his calendar and he is also available May 31 to June 3 and June 14 to June 17, if the Court desires to conduct the pretrial conference in the Berman case at the same time as the pretrial conference in this case and is willing to reschedule the June 10 date to accommodate this request.



TEW CARDENAS LLP
Four Seasons Tower, 15th Floor, 1441 Brickell Avenue, Miami, Florida 33131-3407 · 305-536-1112

WHEREFORE, Defendants respectfully request the Court to reschedule the June 10 pretrial conference.

Respectfully submitted,

s/Joseph A. DeMaria
**JOSEPH A. DEMARIA**
Board Certified Specialist – Business Litigation
Florida Bar No. 764711
jad@tewlaw.com
**TEW CARDENAS LLP**
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
Telephone: (305) 536-1112
Facsimile: (305) 536-1116
*Attorneys for Defendants Rachlin Cohen & Holtz, LLP and Laurie S. Holtz*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **28th** day of **January**, **2011**, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to **Todd K. Norman** (tnorman@broadandcassel.com), Broad and Cassel, 390 N. Orange Avenue, Suite 1400, Orlando, Florida 32801. A copy of this Agreed Motion was also delivered by e-mail to **David Keller, Esq.** at david.keller@kellerlandsberg.com.

s/Joseph A. DeMaria
JOSEPH A. DEMARIA, ESQ.

550215.1