UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,
Bankruptcy Case No. 6:08-bk-04327-KSJ
_____/

MIRABILIS VENTURES, INC.

         Plaintiff,

                                                Case No. 6:09-cv-271-Orl-31GAP-DAB

v.

RACHLIN COHEN & HOLTZ, LLP, a
Florida limited liability partnership n/k/a
RACHLIN, LLP; and LAURIE S. HOLTZ,
an individual,

         Defendants.
_____/

## NOTICE OF APPEARANCE

        Please take notice of the appearance of Mark F. Raymond and Rhett Traband, Broad and

Cassel, 2 South Biscayne Boulevard, 21st Floor, Miami, Florida 33131, as attorneys of record for

Plaintiff Mirabilis Ventures, Inc. in the above referenced matter.  Please forward all copies of

subsequent pleadings, correspondence, etc., to the undersigned counsel.

                                       BROAD AND CASSEL
                                       Attorneys for Plaintiff, Mirabilis Ventures, Inc.
                                       One Biscayne Tower, 21st Floor
                                       2 South Biscayne Boulevard
                                       Miami, Florida 33131
                                       Telephone:  305.373.9400
                                       Facsimile:  305.373.9443

                                       By: ___s/Rhett Traband_____
                                          Rhett Traband, P.A.
                                          Florida Bar No. 0028894
                                          Mark Raymond, P.A.
                                          Florida Bar No. 373397

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Attorneys for Defendants, **Joseph A. DeMaria, Esq.**, Tew Cardenas, LLP, Four Seasons Tower, 1441 Brickell Avenue, Suite 1500, Miami, Florida 33131 and Co-Counsel for Plaintiff, **Todd Norman**, **Esq.** and **Roy S. Kobert, Esq,**, Broad and Cassel, 390 N. Orange Avenue, Suite 1400, Orlando, Florida 32801 on  this 18th day of March, 2011.

By: ___ s/Rhett Traband_____
Rhett Traband, P.A.

4818-4394-1385.1
43582/0003