# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**IN RE: MIRABILIS VENTURES, INC.,**
**Bankruptcy Case No. 6:08-BK-4327**

_____

**MIRABILIS VENTURES, INC.,**

        **Plaintiff,**

**-vs-**                                                          **Case No. 6:09-cv-271-Orl-31DAB**

**RACHLIN COHEN & HOLTZ, LLP and**
**LAURA S. HOLTZ,**

        **Defendants.**

_____

## NOTICE OF HEARING

**TAKE NOTICE** that a hearing on the Motion to Exclude the Testimony of Plaintiff's Expert, Barry J. Epstein (Doc. 72) will be held before the Honorable Gregory A. Presnell, United States District Judge, at Pretrial Conference on **FRIDAY**, **JUNE 3, 2011** at **8:30 A.M.** in Courtroom #5A, George C. Young United States Courthouse and Federal Building, 401 W. Central Boulevard, Orlando, Florida.[1]

---

[1] If the hearing has been scheduled as an evidentiary hearing and counsel plans to introduce exhibits, they are to have the originals affixed with the appropriate colored exhibit tag along with an exhibit matrix (listing objections) with copies of each for the Judge. Counsel may find the tags/exhibit list at the Court's website www.flmd.uscourts.gov under Judicial Information under Judge Presnell.

-1-

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 21, 2011.

   _____
   GREGORY A. PRESNELL
   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

**PLEASE NOTE**: Photo I.D. is required to enter the United States Courthouse.  Also, cellular telephones and laptop computers are prohibited in the Courthouse.